Christopher H. Westrick, Esq. (043721997)
Brian H. Fenlon, Esq. (035071987)
John V. Kelly, III, Esq. (910812012)
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
Attorneys for Defendants
Roman Catholic Archdiocese of Newark
(i.p.a. "Archdiocese of Newark"),
St. Theresa's R.C. Church (i.p.a.
"St. Theresa School"), Joseph W. Cardinal
Tobin (i.p.a. "Cardinal Joseph Tobin"),
Rev. Msgr. Thomas P. Nydegger, V.G.
(i.p.a. "Msgr. Nydegger"), Dr. Margaret Dames,
James Goodness, Father Joseph Bejgrowicz,
Deacon Joseph Caporaso (i.p.a. "Joseph Caporoso"),
Sister Helene Godin, Richard Donovan, and Anh Bui

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SCOTT PHILLIPS, AS GUARDIAN AD LITEM, ON BEHALF OF S.P., B.P. and K.P. and SCOTT PHILLIPS, | Civil Action No. 2:18-cv-12207 (MCA) |
| Plaintiff, | |
| v. | **ORDER GRANTING THE CHURCH DEFENDANTS' MOTION TO DISMISS** |
| ARCHDIOCESE OF NEWARK, ST. THERESA SCHOOL, ST. THERESA CHURCH, CARDINAL JOSEPH TOBIN, MSGR. NYDEGGER, MARGARET DAMES, JOHN DOES 1-100, JOHN DOE CORPORATIONS 1-5, JOSEPH BEJGROWICZ, JOSEPH CAPOROSO, HELENE GODIN, SR. JULIETT PEREZ, RICHARD DONOVAN, ANH BUI, JAMES GOODNESS, ROBERT GRIMALDI, WANDA GRIMALDI, MATT POPOLA, LINDA KOSKI, MAKAYLA KOSKI, MARY FERRIS, AMBER PROTZ | |

SIERANT, CHERYL KREINBERG, JONATHON KREINBERG, PETER RUNFOLO, JOYCE RUNFOLO, RICH HARRINGTON, KELLY DONOVAN, JEANNIE PAVLIK, MATTHEW PAVLIK, JAMES PAVLIK, MARYANN GASPER, THERESA ADUBATO, HEATHER INGERSON, MARIA HARRIS, HEATHER ST JOHN, YANCY MUNOZ, KATHLEEN SPOONAUER, CELIA SOUSA, EILEEN KELLY-O'BRIEN, VICTORIA DEVLIN, ROSEMARY RUBSAM, ROSANELLY MONTALVO, GERRI COLON, LAURIE GRIMES, MICHELLE CERNADAS, JOSEPH KRATZER JR., NATALIE WOOD, PATRICIA LANDAU, AMY REITHEL, ANN FERRARI, CYNTHIA GAILLIOT, BERADINE GILRAIN, BONNY HOTRA, BLANCA PASTORE, IZAIDA ROSA GARBANZO, JO RIVERA, DENISE, RICHARD, JOSEPH, JESSICA, NICHOLAS MIRABELLA, JOCELYN EDRALIN, MANUEL VAGUEIRO, KERRI KILLEN, JO ANN NETTA, NANCY ZIMMERMAN, MARIA STREKO, ROCIO CORVALAN, CHRISTINA RESTUCCIA, MICHAEL DEVLIN, GUILLERMO MUNOZ, DEBORAH GIVENS/MATE, KAREN ZIMMERMAN, JIM HANNON, ALICE SCALA, EMILY VIDAL, MARY GAINES, SUSAN GIORDINO, ROSEANNE SCHUR, ANGELA LOMBARDI, ROGER SCHUR, MICHAEL MONTALVO, JEFF FERRARI, WILLIAM GORSKI, ROGER STRYESKI, THOMAS BRACKEN, FRED SOOS, SUSAN DOUGHERTY, MICHELE MILLER, ANN MORTIMER, TRISH RICKEN PLUMMER, ANDREA ZAGORSKI SCHUSTER, MARIA BUI, AMY ROSE, KELLY ANN HARRIS, PATRICIA RIMILI BLICHARZ, "BCSH9094", "STDA" AND "BEEZLEBROX",

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

    Defendants.

:

2

**THIS MATTER** having been brought before the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. (Christopher H. Westrick, Esq., appearing) attorneys for Defendants Roman Catholic Archdiocese of Newark (i.p.a. "Archdiocese of Newark"), St. Theresa's R.C. Church (i.p.a. "St. Theresa School"), Joseph W. Cardinal Tobin (i.p.a. "Cardinal Joseph Tobin"), Rev. Msgr. Thomas P. Nydegger, V.G. (i.p.a. "Msgr. Nydegger"), Dr. Margaret Dames, James Goodness, Father Joseph Bejgrowicz, Deacon Joseph Caporaso (i.p.a. "Joseph Caporoso"), Sister Helene Godin, Richard Donovan and Anh Bui (the "Church Defendants," collectively) by way of motion seeking an Order Dismissing with Prejudice the Plaintiffs' Complaint (except as to any claim in Count One thereof asserting the Church Defendants violated Title IX, 20 U.S.C. § 1681(a)), pursuant to Fed. R. Civ. P. 12(b)(6); on notice to the Law Offices of Susan B. McCrae (Susan B. McCrae, Esq., appearing), attorney for plaintiffs Scott Phillips, as guardian ad litem on behalf of S.P., B.P. and K.P., and Scott Phillips; and the Court having considered the submissions of the parties and oral argument, if any; and other good and sufficient cause having been shown;

**IT IS** on this _____ day of October _____, 2018,

**ORDERED** as follows:

1.   The Church Defendants' Motion to Dismiss the Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) is hereby GRANTED.

2.   Count One of the Plaintiffs' Complaint is hereby dismissed with prejudice insofar as it purports to assert a claim under the New Jersey Law Against Discrimination, *N.J.S.A.* 10:5-1, *et. seq.*

3. Count Two of the Plaintiffs' Complaint (Failure to Remedy – Breach of Contract) is hereby dismissed with prejudice.

4. Count Three of the Plaintiffs' Complaint (New Jersey Anti-Bullying Bill of Rights Act) is hereby dismissed with prejudice.

5. Count Four of the Plaintiffs' Complaint (Good Faith and Fair Dealing) is hereby dismissed with prejudice.

6. Count Five of the Plaintiffs' Complaint (Failure to Remedy – Defamation) is hereby dismissed with prejudice.

7. Count Six of the Plaintiffs' Complaint (Defamation) is hereby dismissed with prejudice.

8. Count Seven of the Plaintiffs' Complaint (Expulsion – Breach of Contract) is hereby dismissed with prejudice.

9. Count Eight of the Plaintiffs' Complaint (Fraud) is hereby dismissed with prejudice.

10. Count Nine of the Plaintiffs' Complaint (Negligence, Negligent and Intentionally Infliction of Emotional Distress) is hereby dismissed with prejudice.

11. Count Ten of the Plaintiffs' Complaint (Consumer Fraud) is hereby dismissed with prejudice.

**AND IT IS FURTHER ORDERED** that a true copy of this order shall be served upon all counsel of record, within _____ days of the date hereof.

_____
HON. MADELINE COX ARLEO, U.S.D.J.

#656572v1