# EXHIBIT C

PREPARED BY THE COURT



| | |
|---|---|
| SCOTT PHILLIPS, AS GUARDIAN AD LITEM, ON BEHALF OF S.P., B.P. & K.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ARCHDIOCESE OF NEWARK, ST. THERESA SCHOOL, et al.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION: ESSEX COUNTY<br>DOCKET NO.: ESX-C-248-16<br><br>Civil Action<br><br>**AMENDED ORDER REGARDING JANUARY 19, 2018 HEARING** |

**THIS MATTER** having been opened to the Court upon the mutual consent of counsel for the parties, and it appearing that the Court entered an Order regarding the January 19, 2018 hearing on February 15, 2018, and that neither counsel for the parties received a copy of the Order, and for good cause shown;

**IT IS ON THIS** 4th day of May, 2018 **ORDERED AS FOLLOWS:**

(1) The Order of the Court dated February 15, 2018, a copy of which is annexed hereto, shall have an operative date of May 4, 2018 since neither party previously received the Order; and

(2) The time to appeal shall not begin to run until the date of the entry of this Order; and

(3) A copy of this Order has been served on all parties by the Court.

_____

DONALD A. KESSLER, J.S.C.

Prepared by the Court

FILED
FEB 15 2018
ALDA KESSLER J.S.C.

SCOTT PHILLIPS, AS GUARDIAN AD LITEM, ON BEHALF OF S.P. AND B.P.,

    Plaintiff,

v.

ARCHDIOCESE OF NEWARK, ST. THERESA SCHOOL, JOHN DOES 1-5, JOHN DOE JOHN CORPORATIONS 1-5,

    Defendants.

SUPERIOR COURT OF NEW JERSEY
CHANCERY DIVISION: ESSEX COUNTY
DOCKET NO.: ESX-C-248-16

Civil Action

**ORDER REGARDING JANUARY 19, 2018 HEARING**

**THIS MATTER** having been opened to the Court upon the application of Susan B. McCrea, Esq., counsel for Plaintiff, Scott Phillips, by way of Notice of Motion seeking (1) reconsideration of the Court's July 28, 2017 Order imposing sanctions, and (2) to request imposition of sanctions against Defendants; and the Court having previously issued an Order dated July 28, 2017 imposing sanctions against Plaintiff; and Defendants having submitted a Certification of Fees and Costs as directed by the Court; and oral argument having been conducted before the Court on January 19, 2018 and the Court having issued an oral decision on that date; and the Court having fully considered the matter and for good cause shown:

IT IS ON this 15 day of February, 2018;

**ORDERED** that Plaintiff's motion for reconsideration of the Court's July 28, 2017 Order imposing sanctions be and is hereby <u>denied</u> for the reasons stated on the record on January 19, 2018; and it is further

ORDERED that Plaintiff's motion to impose sanctions against Defendants for alleged discovery violations be and is hereby <u>denied</u> for the reasons stated on the record on January 19, 2018; and it is further

ORDERED that the Court approves the amount of attorney fees and costs submitted by Defendants as set forth in the August 23, 2017 Certification of Christopher H. Westrick, Esq., for the reasons stated on the record on January 19, 2018; and it is further

ORDERED that Plaintiff shall pay sanctions to Defendants in the total amount of $16,516.67, consisting of $13,982.50 in attorney fees and $2,534.17 in costs; and it is further

ORDERED that the foregoing sanctions shall be paid by Plaintiff on or before March 20, 2018, said date being sixty days from the hearing conducted on January 19, 2018; and it is further

ORDERED that Plaintiff's oral application for a stay of the imposition of sanctions pending appeal be and is hereby <u>denied</u> for the reasons stated on the record on January 19, 2018; and it is further

ORDERED that as a result of the Court's August 15, 2017 Order Denying Injunction, Counts II and VIII of Plaintiff's Third Amended Complaint be and are hereby dismissed with prejudice insofar as injunctive relief was sought only; and it is further

ORDERED that, no other claims in Plaintiff's Third Amended Complaint remaining active in this matter in light of the Court's prior order dated July 11, 2017, this matter be and is hereby closed on the docket of the Chancery Division, this Order shall be considered a Final Order in

accordance with Court Rules. Plaintiff is not precluded from re-filing a further amended complaint in the Law Division to the extent of the Court's ruling on the record on January 19, 2018; and

    A copy of this executed Order has been served on all parties by the Court.

_____
DONALD A. KESSLER, J.S.C.