# EXHIBIT E

KINDERGARTEN – 8ᵀᴴ GRADE

PARENT/STUDENT HANDBOOK
2016-2017



## *SAINT THERESA SCHOOL*

540 Washington Avenue, Kenilworth, NJ 07033

| | |
|---|---|
| Phone | 908-276-7220 |
| Main Office | ext. 200 |
| Cafeteria | ext. 204 |
| Nurse | ext. 202 |
| Fax | 908-709-1103 |
| | www.mysts.org |

## TABLE OF CONTENTS

Accreditation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3

Non-Discrimination Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3

Purpose of and Amendments to Handbook. . . . . . . . . . . . . . . . . . . . . . .   3

Mission Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3

Admission Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3

Technical Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   4

Custodial and Non-Custodial Parent's Rights . . . . . . . . . . . . . . . . . . . .   8

Academic Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   8

Discipline Code . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   12

Health and Safety . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   21

Dress Code . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   25

School Related Matters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   28

Acknowledgment and Receipt Form . . . . . . . . . . . . . . . . . . . . . . . . . . .   32

STS_00006

## ACCREDITATION

Saint Theresa School is accredited by the Middle States Association of Schools and Colleges.

## NON-DISCRIMINATION POLICY

Saint Theresa School admits students of any race, color, and national and ethnic origin to all the rights, privileges, programs and activities generally accorded or made available to students at the school. Saint Theresa School does not discriminate on the basis of race, color, national and ethnic origin, gender, and disability in the administration of its educational policies, admission policies, or athletic and other school-administered programs under the applicable regulation of Title IX of the Educational Amendments of 1972.

## PURPOSE AND USE OF THIS HANDBOOK

This handbook exists to foster the efficient operation of Saint Theresa School. To meet this objective, the school administration is given flexibility and the authority to exercise discretion. In appropriate circumstances, the Principal has the discretion to take actions other than those specified in this handbook. This handbook is not intended and should not be considered to create any additional rights for students or their parents/guardians.

## AMENDMENTS TO THIS HANDBOOK

This handbook is subject to change at any time when determined to be necessary by the school administration. After changes to this handbook have been approved by the appropriate authority, parents/guardians will be notified within 30 days.

## SAINT THERESA SCHOOL MISSION STATEMENT

Saint Theresa School, a Catholic School in the Archdiocese of Newark, is dedicated to the cultivation of academic excellence and the spiritual, social and emotional growth of each student. Our school nurtures an environment of cultural diversity in which a caring faculty, through the implementation of the educational system of St. John Bosco, based upon reason, religion, and loving kindness, seek to develop each student to his/her full potential. With Christ and Mary as our examples, the Saint Theresa Community grows in a family atmosphere in which each individual experiences respect, challenge, responsibility, and exceptional love.

## ADMISSIONS POLICY

1. Parishioners of Saint Theresa Church shall have preference for admission over non-parishioners. Parishioners are defined as those who have regularly participated in the envelope system of Saint Theresa Church for at least one year prior to application for admission of their child to Saint Theresa School. Families will maintain their status as active parishioners by adhering to the minimum annual contributions as set out in the tuition contract. In the case of persons who have recently become members of the parish, and therefore, would have participated in the envelope system for less than one year, they shall also be deemed parishioners for the purpose of this admissions policy if they have used the weekly envelopes since the time of their registration. They must, however, be parishioners for at least one year and meet the contribution requirement before being considered eligible

K-8 Parent-Student Handbook
2016-2017

STS_00007

for parishioner tuition rates. Preference will be given to those registered parishioners who currently have sibling(s) in the School.

2. Second priority shall be given to parishioners of the Church of the Assumption, Roselle Park, New Jersey, providing:
   a. That such persons are certified by the Church of the Assumption to be members of its parish, for whom it will make contributions as a sending parish.
   b. That such persons have been members of the parish of the Church of the Assumption for at least one year prior to application for admission of their child to Saint Theresa School.

   In the case of persons who have recently become members of the parish of the Church of the Assumption, and therefore, would have participated in the envelope system for less than one year, they shall also be deemed parishioners for the purpose of this admissions policy if they have used the weekly envelopes since the time of their registration. They must, however, be parishioners for at least one year and meet the contribution requirement before being considered eligible for parishioner tuition rates. In either case, members must receive the signature of the Pastor of the Church of the Assumption certifying them as members of the parish, for whom he will make contributions as a sending parish. Preference will be given to registered parishioners who currently have sibling(s) in the School.

3. Third priority shall be given to other Catholic and non-Catholic students who will be admitted when space is available.

4. The following additional factors shall be considered in determining priority among applicants for admission:
   a. Proximity of the student to the school.
   b. Tuition payment punctuality.
   c. The number of the student's siblings in the school.
   d. The amount of participation, by the student's parents, in support of school sponsored activities.

## TECHNICAL REQUIREMENTS

**Absence and Tardiness**
When a student is going to be absent from school, the parent/guardian is required to notify the School Nurse before 9:00 AM. If a call has not been received by 9:00 AM, the School Nurse will make a reasonable effort to reach a parent/guardian by phone to verify the legitimacy of the absence. These procedures represent a mutual effort to account for the presence of the student during school hours. Upon the student's return to school, a written, signed note explaining the child's absence/tardiness must be presented to the teacher. The note should be dated and signed by the parent/guardian, and should contain the child's full name, and the date(s) of absence. _An absence of three (3) consecutive days requires a doctor's note._

K-8 Parent-Student Handbook
2016-2017

STS_00008

Parents should make sure to notify the office in the case of a prolonged absence, i.e. three (3) or more days. Students should not return to school unless they are well enough to participate in school activities.

It is required that the student will make up the work missed for each class. Students and their parents are responsible for seeing to it that all missing work is completed. Arrangements for obtaining daily class work can be made by calling the school office in the morning. This gives the teacher time to prepare the assignments.

Upon request, daily class assignments may be picked up at the end of the school day in the office.

Any student who is not in line by 8:00 AM is considered late. The student is then required to enter through the school office door and report to the gym, where he/she will be given a late slip. The teacher will receive the slip, and keep it on file. When a student (K-8) is tardy 3 times in one trimester, he/she will serve a morning (7:30-8:00 AM) detention.

Every attempt should be made to schedule doctor's appointments after school hours. In the event that it is not possible, it is the student's responsibility to make up any missed work.

**Absence from School and Participation in School Activities**
If a student is absent from school because of illness or disciplinary action, he/she will not be permitted to participate in extracurricular or athletic activities that day, i.e. in the afternoon as well as in the evening. This extends throughout the day of the illness as well as the assigned term of the disciplinary action.
If a student is absent from school for a reason other than an illness or disciplinary action, the school reserves the right to make an individual judgment regarding the same day extracurricular and/or athletic participation.

**Age Requirements**
A birth certificate must be submitted as proof of age.
    The Kindergarten child must be 5 years old on or before October 1.
    The First Grade child must be 6 years old on or before October 1.

**Appointments with School Personnel**
Parents/guardians who wish to meet with the Principal, a teacher, or any member of the faculty or staff must contact the school office to arrange a mutually convenient conference time. For the sake of order in the school, parents may not approach members of the staff during the school day without a prior appointment.
Members of the staff who wish to communicate with parents/guardians of a student will do so by phone, letter, or at a mutually convenient conference. Teachers will not schedule conferences at times that would conflict with teaching or supervisory duties. When appointments are made, both the parent/guardian and the school staff member should be aware of the purpose(s) of the conference so that all concerned may be appropriately prepared.

K-8 Parent-Student Handbook
2016-2017

STS_00009

**Attendance**
Prompt regular attendance is absolutely essential to academic success. The parent/guardian is expected to foster these good habits in the student, both for the benefit of the student's current academic achievement and to encourage mature adult behavior in the future. Children participating in "Take Your Child to Work Day" will be marked absent, but as long as a note from the parent states this is the reason for the absence, it will not count against perfect attendance.

**Catholic Applicants**
A Baptismal Certificate and verification of reception of any additional sacraments are required.

**Children Bringing Cash to School**
Money that is sent to school should be placed in a sealed envelope and identified with your child's name and classroom, the amount enclosed, and its purpose.

**Early Dismissal and Planned Closings**
Planned early dismissals and planned closings will be indicated in the yearly and monthly calendars. The preliminary annual calendar is tentative, and subject to change. The monthly calendar will indicate any change(s).

**Family Vacations**
Saint Theresa School strongly discourages student absence from school because of family trips or vacations. If parents choose to take children out of school for such purposes, homework/class work will not be provided to a student ahead of time. The student will be held responsible to make up all work and tests upon returning to school. Final exams may not be made up if they are missed because of a family trip or vacation

**Immunization Requirements**
Age appropriate immunizations are required for ALL students.
- DTaP: Four doses with one dose given on or after the fourth birthday, or any five doses.
- IPV: A minimum of three doses provided at least one dose is given on or after the fourth birthday, or any four doses.
- Measles vaccine: two doses administered on or after the first birthday.
- Rubella vaccine: one dose administered on or after the first birthday.
- Mumps vaccine: one dose administered on or after the first birthday.
- Hepatitis B:
  - K-8: three doses or two doses adolescent formulation.
- Varicella: one dose on or after the first birthday
- 6th grade: One dose of the Tdap vaccine is needed when entering 6th grade and 11 years of age. Meningococcal vaccine is required when entering 6th grade and 11 years of age.

**A STUDENT WHOSE IMMUNIZATION RECORD IS INCOMPLETE WILL NOT BE ADMITTED INTO SAINT THERESA SCHOOL.**

6

K-8 Parent-Student Handbook
2016-2017

**Regular Communication with all Parents**
Saint Theresa School will communicate with all parents/guardians through the monthly school calendar. A communications folder/envelope containing announcements, flyers, news items, etc., will be sent home each Thursday. Parents are requested to empty the folder/envelope, read the information, respond (if applicable), sign the acknowledgement sheet and have their child return it to school the following day. Unreturned folders/envelopes (or returned folders/envelopes still containing all the flyers) will be considered "missing homework" by your child's teacher.

Teachers will publish homework, etc. online at www.new.schoolnotes.com.

**Re-registration**
At re-registration for the new school year a registration form must be filled out and a registration fee paid. This fee is non-refundable.

Students may not re-register for the following school year if their misbehavior results in the following:
- A K student has an average of "U" on two social behavior reports.
- A 1st-3rd grade student has an average of "N" in the social development area on three report cards.
- A 4th-7th grade student has an average of "U" in the personal development area on three report cards.

If a student's behavior is generally disruptive and uncooperative, it will be necessary to ask the parents to choose another school for the child. We cannot sacrifice the education of the whole class because of the disruptive behavior of one student.

**Registration**
Parents of new students must present the child's current and the previous two years' report cards, birth and baptismal certificates, and updated immunization records.
In order to be admitted to Saint Theresa School, children must have a satisfactory academic and conduct record.

**Supervision**
Saint Theresa School's responsibility for the supervision of students begins at 7:40 AM and ends at 2:45 PM. Children who are not picked up by 3:00 PM will be brought to aftercare and their parents will be charged the aftercare fee. For children properly enrolled in the school's extended care program, the school's responsibility for supervision begins at 7:00 AM and ends at 5:30 PM.

**Transfer Students**
In addition to all the registration items, a transfer notification, a most recent report card, and standardized test scores from the previous school are required. Before being admitted into Saint Theresa School, the applicant and his/her parents/guardian must be interviewed by the Principal. The applicant may be asked to pass a readiness test or entrance exam.

7

K-8 Parent-Student Handbook
2016-2017

## CUSTODIAL AND NON-CUSTODIAL PARENT'S RIGHTS

### Court Orders
If there is a court order specifying the rights and responsibilities of individual parents, it is the responsibility of the custodial parent to provide the school with an official copy of the court order. The custodial parent may wish to supply the Principal with the "custody section" of the divorce decree if it contains information which would be useful to the school in fulfilling its obligations.

### Parental Access to Student School Records
Saint Theresa School abides by the provisions of applicable law with respect to the rights of non-custodial parents. In the absence of a court order to the contrary, and upon parental request, the school will provide the non-custodial parent with access to the student's essential academic records.

### Pick-up from School
The School will permit only the custodial parent, or his/her designee, to pick up the child during, or at the end of the school day. The non-custodial parent will not be permitted to remove the child from school during the day or at the end of the school day unless there is a written authorization from the custodial parent. In an emergency, a clearly defined, one time telephone authorization, letter or fax may be acceptable.

## ACADEMIC POLICY

### Acceptable Use Policy
The use of computer services at Saint Theresa is a privilege, not a right. While the school acknowledges the legitimate role of the Internet in education, it also reserves the right to set the terms and limits on its usage. All parents and students must sign and return the Acceptable Use Policy established by the Technology Department before students may access the internet.

### Advanced Math Classes
Advanced math classes are offered to students in grades 6-8 provided they meet the following criteria:
- Terra Nova total math score of the previous year is 90% or higher AND
- 95% or higher average in math on the report card the year before.

No student will be placed in advanced math class mid-year.

### Conditional Acceptance
Any student accepted conditionally must meet the agreed upon conditions. If the conditions are not met, the student may not be allowed to continue through the school year or be re-registered for the next school year.

STS_00012

**Grading, Honors and Award Policy**
Report cards are issued three times a year for grades K-8.

Conferences for Grades 1-8 will be scheduled if necessary after the distribution of report cards.

Parents may contact the school office to schedule a conference with any teacher to discuss any concerns regarding their child.

Grades 1 through 3 will receive letter grades based upon the following academic code:

E = Exceeds
S = Secure
D = Developing
B = Beginning
N = Not yet performing

Grades 4-8 students will receive letter grades based upon the following academic code:

| | | | |
|---|---|---|---|
| A+ (97-100) | A (92-96) | B+ (88-91) | B (83-87) |
| C+ (78-82) | C (73-77) | D (70-72) | U (below 70) |

Students in grades 4-8 can earn honors based on the following criteria:

First Honors — *A in ALL Major Subjects*
*S in ALL Minor Subjects*
*S in ALL areas of Conduct, i.e., for major and minor subjects*

Second Honors — *A/B+ in ALL Major Subjects*
*S in ALL Minor Subjects*
*S in ALL areas of Conduct, i.e., for major and minor subjects*

**Repeated detentions will result in the loss of honors.**

**Graduation Honor Cords**

Gold Cord   <u>*A*</u> *Final Average in All Major Subjects AND*
<u>*S*</u> *in all minor subjects AND*
<u>*S*</u> *in ALL areas of Conduct*

Blue Cord   <u>*B+*</u> *Final Average in All Major Subjects AND*
<u>*S*</u> *in all minor subjects AND*
<u>*S*</u> *in ALL areas of Conduct*

K-8 Parent-Student Handbook
2016-2017

STS_00013

*The major subjects are those with more than 3 contact periods per week, namely: RELIGION, LANGUAGE ARTS, MATH, SCIENCE, AND SOCIAL STUDIES.*

*The minor subjects are Music, Art, Gym, Computers, and Introduction to World Language.*

Repeated detentions and/or any misbehavior will result in the loss of honor cards. Such decisions are at the discretion of the principal.

### Make-Up Work
All make-up work for days absent is the responsibility of the student. It is up to him/her to find out from the teacher the materials that were missed and to ask what must be done pertaining to assignments and/or tests.

### Progress Reports
Midway through each trimester, progress reports will be sent by the teachers to the parents of ALL students in order to indicate current academic/conduct standing.

Social Behavior reports will be sent to all K students at their designated times.

### Promotion/Retention
Primary Grades: Saint Theresa School strives to ensure that each child has a valid formation in the basic skill areas that will render him/her capable of living in a society as a responsible citizen. In order, therefore, for a student in the primary grades (K-3) to be promoted to the next grade, he/she must pass each of the LANGUAGE ARTS SUBJECTS (Reading, Phonics, English and Spelling) and MATH SKILLS.

Intermediate/Junior High: Students in the intermediate and junior high grades will not be promoted if they have a failing average in more than two major subjects, namely: RELIGION, MATH, LANGUAGE ARTS, SCIENCE, AND SOCIAL STUDIES.
Students who have failed one or two of the major subjects must attend summer school or be tutored by a certified teacher during the summer months. Verification of summer course work is required for promotion.

Graduation Requirements:   To receive a diploma from Saint Theresa School, a student must have maintained a passing average in each major subject. Additionally, all financial obligations to the school must have been met before graduation.

### Recommended Daily Homework Time According to Level
| Level | Time |
|---|---|
| Kindergarten | 10 Minutes |
| Grades 1 & 2 | 30 Minutes |
| Grades 3 & 4 | 45-60 Minutes |
| Grades 5 & 6 | 60-90 Minutes |
| Grades 7 & 8 | 60-120 Minutes |

K-8 Parent-Student Handbook
2016-2017

STS_00014

**Records and Transcripts**
A parent/guardian has the right to view his/her child's academic records, standardized test results, health records, and emergency sheets. These records are available upon request.

Records attached to publicly funded services provided through the local Board of Education such as Child Study Team Reviews, Comp Ed, Speech, ESL, etc., are the property of the Board. A parent/guardian who wishes to examine these records or to obtain copies for his/her own use must apply to the Board. The School is not permitted to distribute this information to anyone, not even to a parent/guardian.

Transcripts of academic records and health records may not be given directly to the parent/guardian in the event of a student's transfer. A request for transfer must be submitted in written form by a parent/guardian. The transcript and health records will be sent directly from school to school when the sending school receives an official written request from the receiving school. If the parent/guardian does not submit a request for transfer that includes an authorization to send a transcript, the receiving school must secure permission from the parent/guardian to request the transcripts from the "sending" school.

**Religious Education and Religious Services**
Non-Catholic students are welcome at Saint Theresa School. Non-Catholic families are expected to understand and agree that the school exists to educate in the framework of Catholic values. Non-Catholic students must participate in the religion classes and participate in liturgical services scheduled for students during the school year.

**Sports/Activities Eligibility Policy**
Students who wish to participate in school-sponsored extra-curricular activities, i.e., sports, Forensics, Student Council, etc., must meet the demands of Saint Theresa's academic as well as discipline code. Students and parents are bound to the Academic/Activity Policy established by the school. *This states that sports team members must maintain a passing average in major subject areas and an "S" in all minor subjects and an "S" in all areas of conduct.*

**Standardized Testing**
Standardized testing is required by the Archdiocese of Newark. These tests are used to assess potential and outcome, as well as to plan programs. It is important that each child be present for the group testing in the spring so that the child may obtain a score which will contribute to a more accurate test interpretation for the entire class and school. Standardized test dates are indicated on the monthly calendar.

**Student Council**
Students in grades 7 and 8 may run for a student council office if they have received no grade lower than a "B" on their current report card in every major subject, and no mark lower than "S" in all minor subjects and all areas of conduct. He/she may not have been absent from school more than nine times in a year.

STS_00015

Students in grades 5-8 may run as an executive committee member if they meet the above criteria.

## DISCIPLINE CODE

**Philosophy**

The Discipline Code serves as a guideline for students and their families. It represents the expectations Saint Theresa School has for its students as individuals and as a whole student body. A spirit of Christ-like charity, respect for authority and mutual cooperation are essential elements of the learning environment of Saint Theresa School. Students are expected to act with courtesy and respect toward one another and toward all members of the staff. They must take seriously their obligation to develop lifetime habits of self-control and concern for the well-being of others. Home and school will work together to help students learn responsible behavior and the elements of good citizenship.

A student who chooses to disrupt the good order of the school or to violate a policy or regulation will have to accept the consequences of those irresponsible choices. Appropriate discipline is within the discretion of the Principal. Accountability for uncooperative, disruptive or unsafe behavior may take any of the following forms:

- Warning Notice
- Punishment assignments
- Denial of privileges
- Detention, in-school suspension, out-of-school suspension, or expulsion

Harassment is any sort of ongoing behavior that is troublesome, including inappropriate internet communication. It can be words, gestures, or actions which tend to bother, alarm, or verbally abuse another person. A person commits a petty misdemeanor if, with purpose to harass another, he or she:

- makes a telephone call without purpose of legitimate communication or
- insults, bullies, taunts or challenges another in a manner likely to promote a disorderly response
- makes repeated communications anonymously or at extremely inappropriate hours, or in offensive coarse language
- subjects another to offensive touching
- engages in any other course of alarming conduct serving no legitimate purpose.

Harassment occurs then, when one person makes repeated verbal, written, physical, or internet contact with another person who does not want these contacts. Bullying is a particular type of harassment that generally involves some force, whether overt or subtle. Exclusion is widely considered to be a form of bullying, even though there may be no apparent contact. By ignoring or excluding an individual from participation in some group activity, the bully demonstrates his or her force of power.

Bullying/Cyber Bullying/Social Networking Behaviors are described but not limited to the 6 categories listed. All bullying behaviors are considered a severe offense.

STS_00016

**Physical Aggression**
- Pushing/shoving
- Spitting
- Kicking/hitting
- Stealing
- Defacing property
- Physical acts that are demeaning and humiliating
- Physical violence against another person
- Threatening with a weapon

**Social Alienation**
- Gossiping
- Setting up another student/adult to look foolish or to embarrass
- Ethnic slurs
- Setting up to take blame
- Publicly humiliating
- Deliberately excluding
- Rumor spreading
- Threatening with total isolation by peer group

**Written/Verbal Aggression**
- Mocking/taunting
- Name calling
- Teasing about appearance, possessions, or interests
- Intimidating phone calls, emails, notes, or instant/text messages
- Verbal/written threats of aggression against property, friends, or family
- Verbal or written threats of violence of bodily harm

**Intimidation**
- Graffiti
- Daring/threatening to do something inappropriate
- Defacing property
- Playing a dirty trick
- Taking possessions
- Extortion

**Sexual Harassment**
- Sexual or dirty jokes
- Inappropriate remarks, gestures, sounds
- Spreading sexual rumors
- Physical acts that are degrading/demeaning
- Cornering, blocking, standing too close, following too closely

STS_00017

Racial or Ethnic Harassment
- Telling jokes with racial or ethnic targets
- Exclusion due to racial or cultural group membership
- Racial or ethnic slurs
- Verbal accusations or put downs
- Public humiliation
- Destroying or defacing property due to racial or cultural group membership
- Physical or verbal attacks due to group membership

Actions that violate the law, threaten or cause harm to another student or staff members, disrupt or impede the welfare and progress of the school community, or bring discredit to the school will not be tolerated. Such actions or other severe violations of school rules may result in immediate expulsion. If a student persists in violating basic obligations of courtesy, consideration, respect, cooperation, or safety, a conference will be scheduled with the Principal, parent, and student. All subsequent discipline, counseling, consultation, and corrective action plans will be viewed as positive home-school efforts to help the student to improve behavior. If these cooperative efforts of parents and school staff prove ineffective, the student will be subject to expulsion or may be denied re-admittance to the school. Parents should be aware that some harassment might have legal consequences.

If a student's behavior is generally disruptive and uncooperative, it will be necessary to ask the parents to choose another school for the child. We cannot sacrifice the education of the whole class because of the disruptive behavior of one student.

- ➤ Conduct
- ➤ General Rules/Consequences
- ➤ List of Offenses
- ➤ Documentation

Conduct
The students of St. Theresa School are expected to behave in a manner that will reflect favorably on the school during school hours and at any out of school activity. Students will take responsibility for their actions by accepting any disciplinary action as described in this SCHOOL DISCIPLINARY PLAN.

The fact that a student has been registered at St. Theresa School indicates that its rules, regulations, and consequences have been examined and accepted by parents and guardians. It is expected that the judgment of school authorities concerning the discipline of the students will be respected and supported by parents and guardians. If conflict arises, parents and guardians are expected to discuss the problem privately with those concerned and not in front of the student or other parents or guardians.

If a parent implicates St. Theresa School in a legal matter, or names St. Theresa School as a defendant in a civil matter, the parent/guardian will be requested to remove their children immediately from the school.

STS_00018

**General Rules**

In order to help children learn the mature self-control proper to their age, St. Theresa School seeks to establish a safe, calm, respectful, and orderly atmosphere for all students and staff. St. Theresa School has four general rules:

1. Keep hands, feet, and other objects to yourself.
2. Talk respectfully. No answering back, name calling, teasing, cursing, or unkind words.
3. Adhere to all school rules and follow directions the first time.
4. Bring required books, supplies, and homework to class.

Teachers will consistently enforce the School Disciplinary Plan.

**MINOR OFFENSES –**

Behavior choices that are considered minor offenses include, but are not limited to:

1. Uniform infractions
2. Excessive noise or talking in the halls, classrooms, assemblies or during fire drills.
3. Consuming gum, candy or food at inappropriate times.
4. Failure to complete assignments or homework.

**MAJOR OFFENSES –**

Behavior choices that are considered major offenses include, but are not limited to:

1. Disrespect toward adults or other students
2. Talking back to teachers, staff, or substitute teachers
3. Teasing, mean behavior, or any behavior where hands, feet, and other objects were not kept to oneself
4. Unacceptable language
5. Copying work/Cheating on assessments
6. Inappropriate behavior in church or during religious events
7. Inappropriate classroom, cafeteria, playground, or After Care behavior
8. Inappropriate bus behavior
9. Possession or distribution of obscene pictures, magazines, books, music, or other materials which contradict Catholic moral teachings
10. Using cell phones and other electronic devices in school or on school property. In such a case, the electronic device will be confiscated and given to the principal who will return it to the parent upon their request.

**SEVERE OFFENSES –**

Behavior choices that are considered severe offenses include, but are not limited to:

1. Serious disobedience by word, action, or gesture
2. Harassment or bullying
3. Threats, assault, battery, or physical injury to students or school personnel
4. Theft
5. Vandalism
6. Possession, use, or distribution of a controlled substance
7. Possession, use, or distribution of firearms or other weapons
8. Behaviors that violate state or local laws
9. Misuse of internet/technology

15

STS_00019

10. Leaving school premises without authorization
11. Any student subjecting another student or staff member to public ridicule, hatred, or contempt to injure his/her reputation or the reputation of St. Theresa School in any way
12. Use of St. Theresa's name in image in any negative manner in any medium including, but not limited to, television, radio, periodicals, and the internet

Every accumulation of three (3) minor offense points will result in a detention.
An accumulation of six (6) major offense points will result in an in-school suspension.
An accumulation of 12 major offense points will result in an out-of-school suspension.
Any two suspensions resulting from major or severe offenses will result in expulsion.

For any major or severe offenses, the Principal will meet with the student and a parent conference will be required. Consequences for major and severe offenses include in-school suspension, out-of-school suspension, expulsion.

Expulsion is the permanent removal of the student from the school. Ordinarily, expulsion should be employed only when all other means of discipline, including suspension, have been used and proven ineffective. It is a serious consequence of a student's behavior choices and is not invoked lightly. After two formal suspensions, a student is subject to expulsion. However, if in the sole determination of the school, a student's conduct or activity reflects such grave discredit on the school or otherwise presents a definite impediment to the welfare and progress of the school community, the student may be expelled without the school's having taken prior disciplinary measures. The Principal and Pastor have the discretion and final authority regarding expulsion of students. The Pastor and Diocesan Office will be consulted on all situations where expulsion is warranted. In cases of serious disciplinary matters, parents/guardians may initiate an appeal process. A written request must be made to the Principal within five (5) business days from the date of official communication by the school administrator of the disciplinary decision. Failure to request a hearing within these five (5) business days forfeits the right to a hearing.

### Carry Over
The Administration reserves the right to carry over from trimester to trimester any conduct points, detentions, and In/Out of School suspensions depending on specific cases.

*The administration has the discretion and final authority to assess the number of points the student accumulates for disciplinary offenses. Independent of the School Disciplinary Plan, a student who commits an offense severe by the administration is subject to suspension or expulsion as warranted by the seriousness of the situation.*

### Detention
Detentions are assigned for the accumulation of conduct points or at the discretion of the administration. Students will serve detention at the assigned rooms. Students will be assigned a written assignment. **Failure to appear for a scheduled detention will result in a second** detention being issued.

16                    K-8 Parent-Student Handbook
                           2016-2017

STS_00020

## In/Out of School Suspension

In/Out of school suspension is assigned for the accumulation of conduct points as described above, or at the discretion of the administration for severe or repeated offenses. The term of the suspension will be determined by the administration. Failure to meet the terms of the suspension by either the student or the parent may result in suspension or expulsion.

- **In-School**
  In-school suspensions are assigned for the accumulation of conduct points as described above, or at the discretion of the administration for severe or repeated offenses. Students will be assigned schoolwork for that day and other assignments. Any class work missed will be the responsibility of the student to complete. Tests will be administered to the student during in-school suspension. The student is responsible for meeting all class deadlines independent of suspension. An in-school suspension automatically results in the loss of honor roll status for that trimester.

- **Out-of-school**
  Out-of-school suspensions are at the discretion of the administration for severe or repeated offenses. Students do not have the opportunity to make up any work or grading opportunity missed on the day of the suspension. This includes class work, homework, tests, or other assessments due on that day. An out-of-school suspension automatically results in a grade of zero (0) for all work missed during the out of school suspension and the loss of honor roll status for the trimester.

### Documentation

**Disciplinary Forms**

In cases where the teacher feels student behavior warrants, a disciplinary form will be issued. The teacher will complete and sign the form. The form will be sent home to be signed by a parent/guardian and returned to the teacher the following day. If the form is not returned, the student is accountable for the consequences.

**Conduct Points**

Students accumulate conduct points for infractions of school rules. A single conduct grade will be recorded on the report card based on the grade scale below for grades 1-3. In the report card for grades 1-3, this grade will appear in each trimester under the "Social Development" section and where "Observes school rules" is listed.

In the report card for grades 4-8, this grade will appear in the last column in each trimester under the "Personal Development" section and where "Obeys school rules" is listed. Each departmental teacher will assign the student's overall conduct grade based on the grade scale below.

This conduct grade will be referred to for awarding honors and for sports eligibility.

17

STS_00021

## Conduct Code for Grades 1 & 2

A behavior modification chart will be used by the 1st and 2nd grade teachers using the traffic light chart from September to Christmas:

- First offense – verbal warning
- Second offense – move one level (green)
- Third offense – moves to the 2nd level (yellow)
- Fourth offense – moves to the third level (red)

Communication will be made with the parent(s) or guardian(s).

The following conduct code will be used for students in Grades 1 & 2 from January to June:

- First offense – verbal warning
- Second offense – moves directly to second level (yellow)
- Third offense – moves directly to third level (red) and the student receives an immediate warning notice.

After 3 warning notices, the student will receive an afterschool detention determined by the teacher.

Any major offense will result in an automatic detention determined by the teacher.

| Conduct Code for Grades 1 & 2 (From September to December) | | Conduct Code for Grades 1 & 2 (From January to June) Same as Grade 3 below |
|---|---|---|
| E | ≈ | 0-1 red lights |
| S | ≈ | 2-4 red lights |
| D | = | 5-6 red lights |
| B | = | 7-9 red lights |

## Conduct Code for Grade 3

| E | ≈ | 0-1 minor offense conduct points |
|---|---|---|
| S | = | 2-4 minor offense conduct points |
| | | NO MAJOR OR SEVERE OFFENSE CONDUCT POINTS FOR "E" OR "S" |
| D | = | 5-6 minor offense conduct points OR 2 major offense conduct points |
| | | NO SEVERE OFFENSE CONDUCT POINTS FOR "D" |
| B | = | 7-9 minor offense points OR 4 major offense points |
| | | NO SEVERE OFFENSE CONDUCT POINTS FOR "B" |
| N | = | 10+ minor offense conduct points |
| | | OR |
| | | 6+ major offense conduct points |
| | | OR |
| | | Any severe offense |

18

STS_00022

Conduct Code for Grades 4-8

O    =    0-1 cumulative conduct points
S    =    2-4 cumulative conduct points
            NO MAJOR OR SEVERE OFFENSE CONDUCT POINTS FOR "O" OR "S"

I    =    5-8 cumulative conduct points

U    =    9+ cumulative conduct points

Honors: A student receiving an "I" or lower in any major or minor subject will not qualify for honors.

### Search

Saint Theresa School administration reserves the right to search desks, students' belongings, and students themselves as circumstances warrant in order to insure the well being of individual pupils and the school community as a whole.

### Smoking, Drugs, Alcohol

Smoking, alcohol, or drugs are not permitted. Any student found using these will be dismissed from the school.

## HEALTH AND SAFETY

### Administration of the Epi-Pen by the School

As permitted by New Jersey law, the school shall follow the orders of a physician or advanced practice nurse for emergency administration of epinephrine via a pre-filled auto-injector for anaphylaxis.

Written authorization for administration of the epinephrine via a pre-filled auto-injector must be received from the parent or guardian of the student. The parents/guardians of the student shall be notified that upon administration of the epinephrine via a pre-filled auto-injector in accordance with procedure below as provided by law, the school and its employees or agents shall have no liability for any injury arising from administration of the epinephrine via a pre-filled auto-injector to the student. The parents/guardians of the student shall indemnify and hold harmless the school and its employees or agents for any such injury, as provided by law and must sign a statement acknowledging their acceptance and understanding.
The school nurse shall have primary responsibility for administration of the epinephrine via a pre-filled auto-injector. In the absence of the school nurse, another school employee designated and trained in administration of the epinephrine via a pre-filled auto-injector by the school nurse pursuant to New Jersey law may administer the epinephrine via a pre-filled auto-injector.

STS_00023

**Arrival and Dismissal Procedures**

o All students (K to 8) are to enter through the back door, making use of the morning drop off procedure established by the school. Students (Gr. 1-8) must be in line with their class in the gym no later than 8:00 AM.

o Students in Kindergarten will report to their classroom no later than 8:00 AM from September to December. Beginning in January, student will report directly to the gym.

o Children in Kindergarten will be dismissed at 2:35 PM from the back door of the Computer Room.

o Children in Grades 1 & 2 will be dismissed at 2:45 PM from the side door closest to the cafeteria (Boiler Room Door).

o Children in grades 3-8 will be dismissed from the parking lot at 2:45 PM.

o All children must be picked up from the school parking lot.

o Parents who are not able to pick up their children by 3:00 PM are required to make use of the school's extended care program. Any student who remains in the parking lot after 3:00 PM will be brought to the extended care program and the parents will be charged for this service.

o Parents and students may not return to the classroom for forgotten items.

o Students who are registered for morning care are to be dropped off by the cafeteria door after 7:15 AM.

o If it is necessary to pick up a student before 2:45 PM, a note from the parent/guardian to the principal and the homeroom teacher is required. Upon the parent/guardian's arrival at the school, the student will be called for over the public address system.

**Asbestos Management Plan**

The school's Asbestos Management Plan is on file in the school office as required by the federal Asbestos Emergency Response Act (AHERA). This document is available for examination upon request.

**Buses**

Students who ride the bus to and from school must abide by the following rules:

- Stay seated at all times while the bus is moving. No switching seats.
- Keep aisles clear of belongings and sit properly so that legs and arms don't block the aisle.
- No one may put any part of their body outside the bus windows.
- No one may throw anything outside the bus windows.

Students may not change buses or invite friends to ride with them.

**Bus Transportation**

a. Students arriving by bus enter the building by way of the gym entrance.

b. At the end of the school day, bus students will be called to the gym where attendance will be taken prior to boarding the bus.

c. A written note is required from parents/guardians if a student will not be taking the bus on a given day.

d. Students who have not applied for bus service will not be permitted on the bus under any circumstances.

K-8 Parent-Student Handbook
2016-2017

STS_00024

**Emergency Closings**
Parent/guardians will be notified through the school Honeywell Alert System of emergency (unplanned) closings resulting from inclement weather or other emergency situations. They will likewise be notified of delayed openings in the same manner.

**Emergency Evacuation Procedures**
In the event of an evacuation of the school building, the students and staff will exit according to fire drill procedures. They will walk to St. Theresa Church and wait for directives from the administration.

**Emergency Operations Plan**
This is a plan of action for emergency operations to provide guidance and safety for the students and staff at St. Theresa School. The students and staff perform emergency drills and review emergency procedures throughout the school year to ensure their safety.

**Emergency Information**
All parents must complete the emergency information form at the beginning of the year. These forms will be used if the need arises to contact them. Should a change of address or telephone occur during the school year, either at home or at work, parents should notify the school office immediately so that our forms will always be current.

**Fire Drills**
Saint Theresa School will have fire drills each month. Students are expected to follow the directions of their teachers and to walk quickly and quietly to their assigned places. Failure to do so may endanger the safety of the students; therefore it is considered a disciplinary offense.

**Health Information**
Parents are required to give written notification to the school nurse of their child's health problems: allergies, asthma, hearing or sight deficiencies, etc.

**Injury or Illness**
If a student becomes ill or is injured during the school day, parents will be notified by phone and asked to pick up the child.
In the event that a parent cannot be reached, the school will call emergency contacts authorized by the parents.
It is imperative that parents update their phone numbers for such emergencies.
CHILDREN MUST NOT BE SENT TO SCHOOL IF THEY ARE ILL OR HAVE NOT BEEN FEVER FREE FOR 24 HOURS WITHOUT THE USE OF ANY FEVER REDUCING MEDICATIONS. AFTER 3 CONSECUTIVE ABSENCES DUE TO ILLNESS, A DOCTOR'S NOTE IS REQUIRED UPON RETURNING TO SCHOOL.

**Medication**
Saint Theresa School strongly discourages the administration of either prescription, as well as non-prescription medication, in school and on field trips. If it is absolutely essential, however, for a student to receive medication while under school supervision, the following procedures apply:

K-8 Parent-Student Handbook
2016-2017

STS_00025

1.  A parent/guardian should come to the school and personally administer the medication.
2.  If this arrangement is not possible, the school nurse may administer the medication under the following conditions:
    a.  The medication must be given to the school nurse or the Principal by the parent/guardian with full written instructions for its use.
    b.  The medication must be in the original pharmacy-labeled container.
    c.  The parent/guardian and the student's physician must complete and sign an "Authorization to Administer Medication in School" form. This form is available from the school and is only effective for the school year for which it is granted; it must be updated annually for each subsequent school year.
    d.  Any child needing medication must be accompanied by a parent on a field trip.
3.  Medications must be brought to school by a parent, guardian or other responsible adult. **CHILDREN ARE NOT ALLOWED TO CARRY MEDICATIONS TO AND FROM SCHOOL** unless they have written permission from a physician authorizing them to carry self-administer medication such as an EpiPen or inhaler for a life-threatening condition. The parent/guardian and the student's physician must complete and sign an "Authorization for Self-Administration of Medication in School" form. This form is available from the school.

Students will only be permitted to self-administer medication for life-threatening illnesses or conditions. The parent/guardian must confer with the school nurse to discuss in detail the need for the medication. The parent/guardian and the student's physician must complete and sign an "Authorization for Self-Administration of Medication in School" form. This form is available from the school.

## Restrooms

Restrooms are never to be used as places for playing, conversing, or loitering. As a general rule, K- gr.4 classes will be brought to the restrooms as a group, and will be supervised by the teachers. If a child must use the restroom more frequently, a note from the doctor is required. Restrooms must be left neat and orderly at all times to ensure the health and safety of all. Students who deface property will be required to repair the offense in a suitable way.

## Student Accident Insurance

The Archdiocese of Newark has purchased an accident insurance policy which is designed to help protect parents of students in the Archdiocesan schools against financial loss. In the event that a student is injured due to a covered accident when participating in a supervised activity, the Archdiocesan policy will help pay expenses incurred for required medical treatment which are in excess of benefits payable under other insurance covering the student.

## Suspected Child Abuse and/or Neglect

New Jersey Law requires that any person who has reasonable cause to believe that a child may have been subjected to abuse or neglect must make a report to the New Jersey Division of Youth and Family Services.

## Visitors

22

STS_00026

All visitors, including short term workers, will enter the building by using the front office door and will report to the school office.

Visitors will remain on the premises with the knowledge and consent of the secretary and must sign a visitor log. A visitor badge will be issued and must be visible at all times.

Permission from the Principal is needed for visitors to visit classrooms during the school day.

## DRESS CODE

*School Uniforms*

**Boys: K- gr.8 (may be purchased at Co-Ed Uniform Company)**

- Navy blue trousers (may be purchased elsewhere but MUST resemble Co-Ed pants)
- Brown, black or navy blue belt
- Light blue knit shirt (long or short sleeve)
- Navy blue sweater with school emblem
- Navy blue fleece with school name printed
- Navy blue vest with school emblem

- Shoes: (K-3 – may be purchased at Co-Ed Uniform Company)
  - Black, rubber soled Velcro or slip on shoe
  - Navy or white socks, may be purchased where parent chooses.
  - No sneakers are allowed.
- Shoes: (Grades 4-8 – may be purchased at Co-Ed Uniform Company)
  - Black, rubber soled, Velcro, slip on, or laces shoes.
  - No hard soled shoes allowed.
  - No sneakers are allowed.

**Girls: K-gr.4 (must be purchased at Co-Ed Uniform Company)**

- Plaid jumper
- Light blue knit shirt (long or short sleeve)
- Navy blue sweater with school emblem
- Navy blue fleece with school name printed

- Shoes: (may be purchased at Co-Ed Uniform Company)
  - Navy blue or black Mary Jane
  - Navy blue knee socks or navy blue tights may be purchased where parent chooses.
  - *NO SNEAKERS WEDGES, HEELS, AND "BALLERINA" STYLE SHOES ARE ALLOWED.*

Option: navy blue pants instead of plaid jumper

Pants may be purchased elsewhere but MUST resemble Co-Ed pants.

**Girls: gr.5- gr.8 (must be purchased at Co-Ed Uniform Company)**

23

*K-8 Parent-Student Handbook*
*2016-2017*

- Plaid skirt or skort (must be no shorter than 2" above the knee)
- Light blue knit shirt (long or short sleeve)
- Navy blue sweater with school emblem
- Navy blue vest with school emblem
- *NAVY BLUE FLEECE WITH SCHOOL NAME PRINTED. THE FLEECE MAY BE WORN AFTER OCTOBER 15TH UNTIL EASTER VACATION.*
- Shoes: (may be purchased at Co-Ed Uniform Company)
  - Navy blue or black Mary Jane shoes
  - Flat, rubber soled, black, "penny loafer,"
  - Navy blue knee socks or navy blue leotards may be purchased where parent chooses.
  - *NO SNEAKERS, HEELS OR WEDGES, AND "BALLERINA" STYLE SHOE ARE ALLOWED. PENNY LOAFER SHOES MUST COVER MOST OF THE TOP AREA OF THE FOOT.*

Option: navy blue pants instead of plaid skirt or skort
(Pants may be purchased elsewhere but MUST resemble Co-Ed pants).

Girls may wear school gym sweatpants under their uniforms to and from school and during recess in the winter. However, the gym sweatpants must be removed during the school day.

Summer Uniform (must be purchased at Co-Ed Uniform Company)
*This may be worn until October 15 and from after Easter vacation until June.*
Boys and Girls:
- Navy blue shorts
- Light blue knit shirt
- *NO NAVY BLUE FLEECES MAY BE WORN BEFORE OCTOBER 15TH OR AFTER EASTER VACATION.*
- Shoes:
  - *ALL WHITE SNEAKERS*
  - *WHITE CREW SOCKS (MUST BE OVER ANKLE AND DEVOID OF LOGOS OR DECORATIONS). THESE MAY BE PURCHASED WHERE PARENT CHOOSES.*

Gym Uniform (must be purchased at Co-Ed Uniform Company)
Boys and Girls:
- Royal blue shorts and t-shirt with STS insignia
- Royal blue sweatpants and sweatshirt with STS insignia for colder weather
- Shoes:
  - *ALL WHITE SNEAKERS*
  - *WHITE CREW SOCKS (MUST BE OVER ANKLE AND DEVOID OF LOGOS OR DECORATIONS). THESE MAY BE PURCHASED WHERE PARENT CHOOSES.*

STS_00028

NO "HEELY" TYPE OR LIGHT UP SNEAKERS, PLATFORM OR BACKLESS SNEAKERS MAY BE WORN IN SCHOOL AT ANY TIME.

STUDENTS MAY COME TO SCHOOL IN THEIR GYM UNIFORMS ON GYM DAY NO STS SPORT UNIFORM SHORTS OR SHIRTS MAY BE USED FOR GYM. ONLY THE GYM UNIFORM!

THE STS EMBLEM MUST BE DISPLAYED ON JUMPERS, SHIRTS, VESTS AND SWEATERS.

NO STS STALLION SWEATSHIRT MAY BE WORN WITH THE UNIFORM DURING THE SCHOOL DAY WITHIN THE BUILDING.

<u>Uniforms are purchased at:</u>
Co-Ed Uniform Company
100 Broadway-Route 4
Elmwood Park, NJ 07407
(201) 796-4220

**General Appearance**

- Uniform shirts are to be tucked in.
- Students are expected to be well groomed at all times.
- Boys' hair should not exceed collar length in the back.  Hair must be cut around the ear on the sides and must be appropriate in width.
- Girls' hair should be neatly combed and out of the face
- Extreme hairstyles, including dyed hair, or carved designs, or words, are not permitted for boys or girls. Boys may not have mohawk haircuts or similar hairstyles. *Girls may not wear other accessories in their hair, e.g., beads, feathers, or the such.*
- *GIRLS WITH PIERCED EARS MAY WEAR SMALL EARRINGS.  ONLY ONE EARRING PER EAR IS PERMITTED. NO CARTILAGE PIERCING. ONLY POST EARRINGS ARE PERMITTED.*
- For reasons of safety, no hanging jewelry, i.e., necklaces and earrings are to be worn.
- Boys <u>are not permitted</u> to wear earrings to school.
- No make-up, nail polish, or nail enhancements are permitted.
- The use of a wristwatch and one small ring per hand is permitted.
- Bracelets are not permitted.
- The school is not responsible for any valuable jewelry worn to school.
- Simple brown, black, or STS hair bands or scrunchies are permitted.  No bandanas or head coverings are allowed.
- Girls in grades 5-8 may use a purse for storage purposes.  The purses are to be small, i.e. no larger than one half a sheet of paper.
- On tag days, clothing must be modest therefore:
  - No sleeveless tops

25

K-8 Parent-Student Handbook
2016-2017

- o   No backless shoes
- o   No flip flops
- o   No holes in jeans
- o   No midriffs
- o   No low cut shirts
- o   Leggings are only allowed with a skirt or dress.

## SCHOOL RELATED MATTERS

### Backpacks

Rolling backpacks are allowed, if needed, but they are not encouraged for younger grades.
1963They will not be permitted in Kindergarten.

### Books

Students should be trained to have the proper respect for property. They must take care of all books. Hardback books should be treated with particular care since they are leased to different students over a period of years.

All books should be covered at all times and the covers are to be kept clean. Students are responsible to replace books which they damage or lose. This includes library books. *Students will be fined for overdue library books and/or damaged, lost textbooks, workbooks, library books, and such.*

All books should be carried to and from school in a backpack.

*ALL CONSUMABLE WORKBOOKS WILL BE COLLECTED AT THE END OF THE YEAR SINCE THEY ARE PROPERTY OF THE BOARD OF EDUCATION.*

### Care of School Property

St. Theresa School expects the students to use and take care of school property properly. Therefore, all students should share in the responsibility by:

- Keeping textbooks properly covered.
- Never marking or defacing textbooks, desks, walls, or other school property.
- Realizing that they and their parents are responsible for replacing lost or damaged school property.
- Handling school equipment carefully.

### Electronic Devices

*No student is permitted to use a cell phone during school hours.* Cell phones that are brought to school must be turned off and kept in the backpack during the school day.
Electronic devices for educational purposes may be allowed at the discretion of the teacher.
The school is not responsible for the loss or damage of any students' personal property.

STS_00030

Failure to comply with these rules will result in the confiscation of the devices.

**Field Trip Policy**
One field trip per class of an educational nature may be taken during the school year. Exceptions will be made for an additional field trip when particularly enriching opportunities arise. Participation is a privilege and may be denied a child whose behavior has been questionable. Under special circumstances parents may be required to accompany their child on a field trip. All students are required to submit a signed permission slip provided by the office before they can participate. Only this form will be accepted. No parental approval by phone will be accepted.
Students not participating on the field trip and who do not come to school will be marked as absent.

All fees and permission slips must be collected before the day of the field trip.

An adequate number of chaperones for the trip are required. (One chaperone per 10 students is advisable for Grades 3-8 and one chaperone per 5 students for Grades K- 2.) Students going on the field trip may not bring their siblings with them. Chaperones may not bring babies or any other children with them on the field trip since they are responsible to supervise St. Theresa School students.

Any parent who chooses to chaperone a field trip must attend "Protecting God's Children" and complete the entire volunteer packet.

*CHILDREN WILL NOT BE PERMITTED TO PARTICIPATE IN THE END OF THE YEAR TRIP IF ALL FINANCIAL OBLIGATIONS TO THE SCHOOL HAVE NOT BEEN MET. THIS INCLUDES BUT IS NOT LIMITED TO:*
- *TUITION*
- *HOME SCHOOL OBLIGATIONS*
- *CANDY SALE*
- *OTHER FUNDRAISERS*
- *RE-REGISTRATION*

**Home and School Association**
All parents, by reason of enrollment of their children in Saint Theresa School, belong to the Home-School Association. They are strongly encouraged to attend meetings each year and to participate in all activities. They must abide by the conditions they agreed to when signing the Home-School contract upon registration.

**Library**
Students are encouraged to become acquainted with the resources provided by the school library. Report cards will be withheld from those who do not pay their fines.

27

K-8 Parent-Student Handbook
2016-2017

Books must be returned promptly and in good condition on the due date. A new book may not be taken out until a borrowed one is returned and any fine is paid. Each student will be held responsible for those books he/she loses or damages and must reimburse the school for the full price of the lost or damaged book.

## Lost and Found
In order to facilitate the return of lost articles, we ask that all belongings be labeled clearly and permanently. The school is not responsible for lost articles. Lost items will be brought to the office. Items unclaimed after a reasonable amount of time will be turned over to a local charity.

## Lunch
Students may either bring their own lunch or purchase one from the school cafeteria. No carbonated drinks or drinks bottled in glass are to be brought to school. Parents are not permitted to drop off fast food for their children and are discouraged from habitually bringing forgotten lunches. Lunch tickets must be purchased from the cafeteria manager by parents either in the morning or at dismissal. *STUDENTS WHO FORGET THEIR LUNCH MAY BE CREDITED FOR LUNCH THAT DAY AND PARENTS WILL BE BILLED.* School lunches can be paid for in cash or with a lunch ticket. Lunch tickets may be purchased by parents in the morning or after school hours.

## Missions
Every Tuesday is Mission Day at St. Theresa School. Children are asked to make a sacrifice each week and bring in a monetary offering on Tuesdays for the missions. During the year there are different mission activities which make our students aware of the needs of the poor and destitute of the world.

## Movies
All movies shown will be connected to the curriculum. Movies with a "G" rating may be shown to all students. Movies with a "PG" rating may only be shown to students in grades 3-8 with parental authorization.

## Parties and Invitations
No invitations to individual parties are to be given to a select group in the classroom. Invitations may be given out in the school building if all boys and/or girls in the class are invited.

## Penmanship
Students in grades 3-8 are required to write in cursive handwriting. All work, except math, will be done in pen.

## Spiritual/Liturgical Activities
The spiritual growth of every child is the primary concern of the education imparted at St. Theresa School. Therefore, the student body will gather frequently for the celebration of the Eucharist throughout the school year.

K-8 Parent-Student Handbook
2016-2017

STS_00032

Other spiritual opportunities are made available through frequent confessions, liturgical/non-liturgical celebrations of major church feasts, preparation for the sacraments, and charitable projects.

**Religious Formation**

The love of God that is learned in the family is the foundation on which education can be built. Religion is not just a subject to be taught, but a way of life to be lived. It is a life of friendship with God and lived in Christ. As Church, we are called to form a community of love, faith, and hope with Christ as our Head. It is absolutely essential that students live the faith they are learning in and out of school. Positive parental attitudes, example, and encouragement are necessary if the efforts of the school are to bear fruit. Family participation at Sunday Mass and worship on a regular basis is essential for the growth and faith life of the children.

STS_00033

St. Theresa School
Kenilworth, N.J

Acknowledgement and Receipt of Parent/Student Handbook
2016-2017

I acknowledge receipt of the Parent/Student Handbook containing the policies, rules, and regulations for Saint Theresa School for the 2016-2017 school year. I have read the Handbook or will read it as soon as possible. I understand and agree that the Handbook is binding on the students and parents during the current academic year. I understand and agree that the Administration of the school will have the authority set forth in the Handbook.

I understand that the policies, rules, and regulations contained in the Handbook are established for the welfare and benefit of the students. I understand my responsibility to support the school in the policies it has established and to see that my child adheres to the rule and regulations set forth in the Handbook.

**ADDENDUM – PLEASE READ CAREFULLY AND INITIAL**
St. Theresa School reserves the right to suspend educational services if financial obligations to the school are not met. This includes, but is not limited to tuition, re-registration, Home-School Association obligations, Before School/After School Care.

Name of child(ren)                                    Please initial here: _____

_____

_____

_____

Signature of Parent/Guardian

_____

_____

Date_____

30                              K-8 Parent-Student Handbook
                                           2016-2017