# EXHIBIT F

# WE STAND WITH STS! End the misrepresentation of St. Theresa School in Kenilworth



**Saint Theresa Students & Parents**





**Saint Theresa Students & Parents**
**136**
Supporters

In December 2016, Saint Theresa Catholic Elementary School was named by one of its school and parishioner's families in a lawsuit.  What began as a family's litigation to allow their daughter to play on a boys' catholic youth organization basketball team turned into a sideshow of speculation,

misreporting and spectacle. Going viral in the national news, media outlets picked up the story as told by the family and ran a one-sided exaggerated and distorted tale. Under a gag order because of the litigation the school was not afforded the ability to give any perspective in the matter and was left unable to defend itself.

This is where we come in. **WE STAND WITH STS!!**

We are parents, alumni, families and parishioners who know, love and appreciate St. Theresa Elementary School, the parish community and what it does for our children and our families.

We are uniting to tell the side of the story not being showcased in the media. The one of a principal and school who readily offered options and support to the family that slanders its name. STS teaches their students respect, dignity, charity and responsibility to become "good Christians and honest citizens" and held to these principals in this. They followed rules outlined by the Catholic Youth Organization and the Archdiocese of Newark. They worked with what capacity they could to provide alternatives to the student when there was no school basketball team due to lack of interest. The options were met with a lawsuit and a refusal of cooperation from the family.

Worse yet, it was met with negative comments to the media and disparaging remarks about not only the school but the students in it. STS students were collateral damage to this family's grudge against the school. They were misrepresented by the girl as jealous and intolerant. They were subject upon arriving to school with media vans and reporters. Police enforcement was dispatched to school property for the safety of the students. Their privacy and the privacy of the families attending the school were violated by the attention brought on. Attention which this family seemingly relished. A family who told reporters their interpretation of reality, that they were met with defensiveness rather than the reality that they subjected their girls to this spectacle to inspire, influence, and embolden the attention. Attention that afforded this family and their daughters opportunities with national organizations, basketball stars and media personalities. All opportunities that were obtained by falsely claiming injustice. Our students don't deserve this. Our faculty doesn't deserve this. The good name of this educational institution doesn't deserve this. We collectively are tired of the misrepresentation.

**WE STAND WITH STS** in rejecting the claim that the school and the students in any way bullied, rejected or discriminated against this family.

**WE STAND WITH STS** in knowing that our principal and our faculty went and do go far beyond what they need to do on a daily basis to accommodate and work with our children.

**WE STAND WITH STS** in its achievements in inclusion, flexibility and progressive thinking.

**WE STAND WITH STS** in knowing that it followed rules and protocols and tried their best to make accommodations.

**WE STAND WITH STS** in knowing that this issue has gone far beyond a girl not being able to play basketball and has grown to a family's vindictiveness.

*WE STAND WITH STS because WE ARE STS!*

We are the parents who volunteer our time to assist, coach, lead and impact. We are the students who learn, grow, love and work together. We are the teachers who nurture, teach, give and inspire. We are the people who know beyond the shadow of a doubt that the negativity of ONE family will not bear witness to the resilience and confidence of all the others. *WE STAND WITH STS!!*

Please join me in getting the message out that STS is not what is being portrayed. We recommend that you share information here and also reach out to each of these parties (see list below.) We feel that the Archdiocese and the nation overall needs to hear from everyone as we feel they've only heard one side of the story. Please share what is in your heart and what you feel is pertinent.

- Include personal testimonies and stories of your positive experiences at the school; interactions within the community, the value of the Catholic education your child(ren) receive.
- How important St. Theresa School is to the community and the parish itself
- Personal successes of your students, stories of how the faculty and administration has helped your family and children.

Here are the people you can reach out to:

- Cardinal Joseph William Tobin, C.Ss.R., D.D., Archbishop of Newark, Archdiocese of Newark, PO Box 9500, Newark, NJ 07104-0500
- Dr. Margaret Dames, Ed.D., Superintendent for Catholic Schools for the Archdiocese of Newark, (973) 497-4260, SchoolsOffice@rcanschools.org
- Sr. Patricia Butler, SC, Elementary School Administration and Essex and Union County Elementary Schools for the Archdiocese of Newark, butlerpa@rcan.org
- Jim Goodness, Vice Chancellor and Director of Communications for the Archdiocese of Newark, 973-497-4186, goodneja@rcan.org
- Jonathan Azzara, Public Relations Specialist, 973-497-4193, azzarajo@rcan.org

**This petition will be delivered to:**

- **Archdiocese of Newark**
  Cardinal Joseph William Tobin, C.Ss.R., D.D.
- **Archdiocese of Newark Catholic Schools**
  Dr. Margaret Dames, Ed.D., Superintendent for Catholic Schools
- **lementary School Administration and Essex and Union County Elementary Schools**
  Sr. Patricia Butler

*3 more decision makers...*

- **St. Theresa School**
  Deacon Joe Caporaso
- **ice Chancellor and Director of Communications for the Archdiocese of Newark**
  Jim Goodness
- Tom Haydon

---

| Read the letter |
|---|

Letter to
**Archdiocese of Newark** Cardinal Joseph William Tobin, C.Ss.R., D.D.

**Archdiocese of Newark Catholic Schools** Dr. Margaret Dames, Ed.D., Superintendent for Catholic Schools
**lementary School Administration and Essex and Union County Elementary Schools** Sr. Patricia Butler
**St. Theresa School** Deacon Joe Caporaso
**ice Chancellor and Director of Communications for the Archdiocese of Newark** Jim Goodness Tom Haydon

We Stand With STS! End the misrepresentation of St. Theresa School in Kenilworth.

[ OK ]

- catholic schools

- rules and policies

- youth basketball

- new jersey

**Saint Theresa Students & Parents** started this petition with a single signature, and now has 136 supporters. Start a petition today to change something you care about.

[ Start a petition ]

## Updates

1. 2 days ago
   Petition update

   **Keep it Going. The Lawsuits are hopefully over but our good name is still being smeared.**

   I'm taking this from a comment on the NJ.com article which I think highlights many of this group's feelings. She is a 13 year old kid. All the "hoop"la will be over, media will be gone, and she still has to go to school with these kids...

2. 5 days ago
   100 supporters
3. 6 days ago
   Saint Theresa Students & Parents started this petition

## Reasons for Signing

I am a graduate of St. Theresas and I know these people well. I am the kind of person who does not have problems with many people, but these parents are destroying my Salesian family. I learned a lot at St. Theresas, and I do not think I could have got a better education anywhere else. One thing I learned

there is that if you don't get your way, deal with it. They were expelled - the end. They caused a lot of trouble in St. Theresas, and then they sued for multiple reasons. They then called the media and told them a dramatic story that made St. Theresas look bad. If they cared anything about St. Theresas they would have accepted the rules. I heard they sued for miltiple things. I'm going to talk about 2 of them. First was a valedictorian issue. My brother won valedictorian. If they wanted to know his final grade they could of just asked my family and we would have happily showed them. No, they took it out on the school, and then they sued out of frustration. So, as you see, this is enough for them to get expelled according to the rules (you know the rules that all parents sign at the beginning of the year). But wait, that's not it. Now we have to focus on the only thing the media covered. ALL SHE EVER WANTED TO DO IS PLAY BASKETBALL. Well first, she plays on other teams - from what I know, multiple other teams. And plus, I've played in Cyo basketball for years, and I still do in an upper Cyo league. Not once have I seen a girl play on the boys team. I would be afraid to match up to a girl because I play a physical game. I'm a gentleman. The Catholic Church has to accept tradition because a lot of the Catholic faith is based off of Tradition. She could have even asked to play for other schools on the league. For example, I play for Holy Trinity right now, and I am a member of the St. Theresas parish. If she wants to go play on a guys team, she should go to a public school.

**Jonathon Kreinberg**, Union, NJ
5 days ago
13
Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.



Please explain why you are reporting this comment to Change.org, and

kip to main content

- - Start a petition
  - Browse
  - Membership

- Log in
  - My petitions
  - Settings
  - Log out
  - Start a petition
  - Membership
  - Search

  - Log in or sign up

# Log in

n't have an account? Sign up

Log in with Facebook

**or**

Email

Password

Forgot password?

Log in

By joining, or logging in via Facebook, you accept Change.org's Terms of Service and Privacy Policy.

**Archdiocese of Newark Catholic Schools: We Stand With STS! End the misrepresentation of St. Theresa School in Kenilworth.**
by Saint Theresa Students & Parents · 136 supporters

## Reasons for Signing

why other supporters are signing, why this petition is important to them, and share your reason for signing (this will mean a lot to the starter of the petition).

Supporter comments · Archdiocese of Newark Catholic Schools: We Sta...isrepresentation of St. Theresa School in Kenilworth. · Change.org          7/23/17, 11:41 PM

Thanks for adding your voice.



**mortimer ann**
**Union, NJ**

Feb 27, 2017

I sign because I am disgusted what this family has done to our school and parish.
0

 Report



# Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.



- ◯I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯Misleading or spam
  Comment appears to be spam.
- ◯Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯Impersonation
  Someone is pretending to be me.

◇

Please explain why you are
reporting this comment to
 ...ange.org, and include any
 ...rmation that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Michele Miller**
Clark, NJ

Feb 23, 2017

While it is my personal belief that if a sport isn't offered for girls, they should have the option to play on the boys team, I know STS only followed the rules that were set by CYO and the Archdiocese. I stand with STS because they were unnecessarily portrayed as being misogynistic in the court of public opinion. The students of STS were unfortunately dragged into this media circus. In a time when there are so few Catholic schools , the STS family needs the support of the community more than ever.

[ Report ]

☐

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯ Misleading or spam
  Comment appears to be spam.
- ◯ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯ Violence, suicide, or self harm

Threatens or encourages violence or harm to oneself or others.



- ◯ Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Susan Dougherty**
**Kenilworth, NJ**

Feb 21, 2017

I'm signing because my school (class of 77) my child's school (class of 2015) and my parish are being bullied.

0

Report



**port abuse**

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

ported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or mmunity Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



d Soos
Woodbridge Township, NJ

Feb 20, 2017

...ave been a parishioner at St. Theresa's for over 30 years. It's a shame that all the good that is done by the St Theresa's church and school is forgotten because of some very biased reporting. St Theresa's is an integral part of the Kenilworth community and helps and affects people from all over... Read more
6

Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯ Misleading or spam
  Comment appears to be spam.
- ◯ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯ Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

...nks for adding your voice.



**Thomas Bracken**
Short Hills, NJ

Feb 20, 2017

I send my daughter to a small catholic school, like STS, and I believe STS was mauled by the press, was wrongfully scapegoated, and now the Archdiocese, in its attempt to satisfy bad PR, cut the legs out from under STS.
3

Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯Misleading or spam
  Comment appears to be spam.
- ◯Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯Impersonation
  Someone is pretending to be me.



ase explain why you are
orting this comment to
change.org, and include any
information that might assist

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Roger Stryeski**
Roselle, NJ

19, 2017

I stand for press fairness and none has been shown.
1
[ Report ]

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.

- Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Rich Harrington**
Elizabeth, NJ

Feb 19, 2017

The behavior of the parents in the controversy has been deplorable. Saint Theresa's offered a very reasonable accommodation to allow the child to play for another CYO team nearby. That said, this is much bigger than a child being allowed to basketball. It doesn't matter whether or not you think she should play with the boys or not.

plaintiffs have brought great dishonor on themselves and on their parish FAMILY in the court of public opinion by bringing their disappointment to court and to the media. It has also given the ever hostile press,

yet another opportunity to paint the Catholic Church in a negative light.

ope that the MEDIA, and Archdiocesan leaders to look into the history of the parties involved, to determine if there is a pattern of behavior used in conflict resolution.

Let us all pray that the community of St. Theresa's will stand firmly together, and not let petty and self-centered behavior tear the family of STS apart.

St. Theresa's is a wonderful and caring parish and school community. Don't ever lose sight of that.

Mary, Help of Christians, Pray for us. Amen.

8

Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- Misleading or spam
  Comment appears to be spam.
- Harmful to children
  Exposure of information about a child or child sexual exploitation.
- Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

orted comments are reviewed by Change.org staff to determine if they violate our Terms of Service or munity Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need re information.

Thanks for adding your voice.



**WILLIAM GORSKI**
Berkeley Heights, NJ

Feb 18, 2017

RULES ARE RULES ...
3

[ Report ]

## Report abuse

ase report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

Please explain why you are
orting this comment to
nge.org, and include any
rmation that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Jeff Ferrari**
Kenilworth, NJ

Feb 18, 2017

I'm sick of all the lawsuits.
3
Report



## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.

-  ○Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○Misleading or spam
  Comment appears to be spam.
- ○Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

anks for adding your voice.



**Michael Montalvo**
Roselle Park, NJ

Feb 18, 2017

el that the school is being bullied by a set of parents that don't understand the meaning of rules and are illing a sense of entitlement on their children when things don't go their way.

 Report

## Report abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

 ◇

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or <u>Community Guidelines</u>.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.

Supporter comments · Archdiocese of Newark Catholic Schools: We Sta...isrepresentation of St. Theresa School in Kenilworth. · Change.org          7/23/17, 11:41 PM



**Roger Schur**
**Roselle Park, NJ**

Feb 18, 2017

St Therea's is a children friendly and supportive parish and should not be subjected to this type of unfair litigation abuse! The plaintiffs tend to be extremely litigious!! Fr. Joe is a wonderful pastor.
St. Theresa....stay strong.
4

[ Report ]

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.



ase explain why you are
porting this comment to
Change.org, and include any
information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Angela Lombardi**
Kenilworth, NJ

Feb 18, 2017

Angela Lombardi

0

Report

## Report abuse

ase report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯ I don't like this comment

You disagree or think the content is inappropriate or offensive.

- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

◇

> Please explain why you are reporting this comment to Change.org, and include any information that might assist

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or <u>Community Guidelines</u>.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



<u>seanne Schur</u>
selle Park, NJ

Feb 18, 2017

)ncur with the petition and disagree with the family's lawsuit.

[ Report ]

## Report abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○Misleading or spam
  Comment appears to be spam.
- ○Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○Impersonation
  Someone is pretending to be me.

[ ○ ]

Please explain why you are reporting this comment to Change.org, and include any information that might assist

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or <u>Community Guidelines</u>.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Susan Giordino**
Kenilworth, NJ

Feb 18, 2017

if you have a problem with someone, Wouldn't it be best to try and work it out instead of always suing someone and going to the press. Love St Theresa's school and church.
4

[ Report ]

## port abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

[ ◇ ]

Supporter comments · Archdiocese of Newark Catholic Schools: We Sta...isrepresentation of St. Theresa School in Kenilworth. · Change.org          7/23/17, 11:41 PM

Please explain why you are
orting this comment to
ange.org, and include any
ormation that might assist
submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Jonathon Kreinberg**
Union, NJ

Feb 18, 2017

I am a graduate of St. Theresas and I know these people well. I am the kind of person who does not have problems with many people, but these parents are destroying my Salesian family. I learned a lot at St. Theresas, and I do not think I could have got a better education anywhere else. One thing I learned there is that if you don't get your way, deal with it. They were expelled - the end. They caused a lot of trouble in St. Theresas, and then they sued for multiple reasons. They then called the media and told them a dramatic story that made St. Theresas look bad. If they cared anything about St. Theresas they would have accepted the rules. I heard they sued for miltiple things. I'm going to talk about 2 of them. First was a valedictorian issue. My brother won valedictorian. If they wanted to know his final grade they could of just asked my family and we would have happily showed them. No, they took it out on the school, and then they sued out of frustration. So, as you see, this is enough for them to get expelled according to the rules (you know the rules that all parents sign at the beginning of the year). But wait, that's not it. Now we have to focus on the only thing the media covered. ALL SHE EVER WANTED TO DO IS PLAY BASKETBALL. Well first, she plays on other t--ms - from what I know, multiple other teams. And plus, I've played in Cyo basketball for years, and I still ￼ ùn an upper Cyo league. Not once have I seen a girl play on the boys team. I would be afraid to match up ￼ girl because I play a physical game. I'm a gentleman. The Catholic Church has to accept tradition ￼ ￼ause a lot of the Catholic faith is based off of Tradition. She could have even asked to play for other

schools on the league. For example, I play for Holy Trinity right now, and I am a member of the St. Theresas arish. If she wants to go play on a guys team, she should go to a public school.

eport

## Report abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or <u>Community Guidelines</u>.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Mary Gaines**
Kenilworth, NJ

Feb 18, 2017

I've always had a great experience with Saint Theresa's. It is a terrific school and has a great Youth Group.
2

Report

**port abuse**

ase report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

Please explain why you are
orting this comment to
ange.org, and include any
ormation that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Emily Vidal**
Kenilworth, NJ

Feb 18, 2017

I taught at STS and my daughter attended the school. The school has rules that must be followed : uniform, attend functions, fund raise etc. Playing sports and being in play or chorus are choices that are made. If you do not like the rules don't play. Where is school getting funds for litigation? It will get it from future students. If there isn't enough enrollment the school may close then neither boys or girls will have teams or a great academic foundation.

5

Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

○ I don't like this comment
You disagree or think the content is inappropriate or offensive.

- ○ Infringes on my rights
Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
Comment appears to be spam.
- ○ Harmful to children
Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
Someone is pretending to be me.

[ ◇ ]

```
Please explain why you are
reporting this comment to
Change.org, and include any
information that might assist
```

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Makayla Koski**
**Kenilworth, NJ**

Feb 18, 2017

I am a graduate of St. Theresa's and know the Phillips family personally. They always get what they want and now they're gonna cry because for once in their lives they didn't and I refuse to put up with that type of nonsense

[ ...ort ]

## port abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

[ ⇕ ]

ase explain why you are
orting this comment to
Change.org, and include any
information that might assist

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or <u>Community Guidelines</u>.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**rocio corvalan**
Union, NJ

Feb 18, 2017

I stand with St Theresa and am a proud parent of my daughter's school.
3

Report

( port abuse

se report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯ Misleading or spam
  Comment appears to be spam.
- ◯ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯ Impersonation
  Someone is pretending to be me.

Supporter comments · Archdiocese of Newark Catholic Schools: We Sta...Isrepresentation of St. Theresa School in Kenilworth. · Change.org        7/23/17, 11:41 PM

Please explain why you are
porting this comment to
iange.org, and include any
ormation that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Alice Scala**
Elizabeth, NJ

Feb 18, 2017

I sign this petition because I support St.Theresa School and the faculty and staff that go above and beyond to accommodate the children.
3

Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful

Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.



Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

anks for adding your voice.



**Jim Hannon**
Kenilworth, NJ

Feb 18, 2017

as raised to follow the rules whether you agreed with them or not. What is happening here is not fair to the ool or the students. If you don't follow the rules you are penalized, as it should be. This entire episode just

proves that if you scream and stamp your feet loud enough you will get what you want. Sad thing to teach our children. Good luck to them when they get older.



eport

## Report abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.



Please explain why you are reporting this comment to Change.org, and include any information that might assist.

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or <u>Community Guidelines</u>.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.

Supporter comments · Archdiocese of Newark Catholic Schools: We Sta...isrepresentation of St. Theresa School in Kenilworth. · Change.org        7/23/17, 11:41 PM



**Karen Zimmerman**
Union, NJ

Feb 18, 2017

Those parents should be ashamed of themselves and putting their children thru this poor parenting!! I've been involved with youth sports for over 25 years including playing against STS with boys and girls basketball and I've seen it all however these parents took this to the extreme only hurting their children and the children of STS get a life!!!

7

 port

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○Misleading or spam
  Comment appears to be spam.
- ○Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○Impersonation
  Someone is pretending to be me.



ase explain why you are
reporting this comment to
Change.org, and include any
information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Deborah Givens/Matè**
Kenilworth, NJ

Feb 18, 2017

I believe in our school and parish. Contracts are put forth for reasons. Born and raised in St Theresa's school and parish. I am Proud to support and stand behind them.
5

Report



## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○Infringes on my rights

Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯ Misleading or spam
  Comment appears to be spam.
- ◯ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯ Impersonation
  Someone is pretending to be me.

---

Please explain why you are reporting this comment to Change.org, and include any information that might assist

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or <u>Community Guidelines.</u>

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



<u>**Guillermo Munoz**</u>
...on, NJ

Feb 18, 2017

a paritioner and my kids went to school there

Report

# Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯ Misleading or spam
  Comment appears to be spam.
- ◯ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯ Impersonation
  Someone is pretending to be me.

�}

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Michael Devlin**
Kenilworth, NJ

Feb 18, 2017

As an alumni of the school, lifelong parishioner and friend of Fr Joe, I find all of these accusations to be laughable. The Church, the school are important institutions to our community. Fr Joe has been a pillar of the same.

6

Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯Misleading or spam
  Comment appears to be spam.
- ◯Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯Impersonation
  Someone is pretending to be me.



jase explain why you are
reporting this comment to
Change.org, and include any
information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



Christina Restuccia
dgewater, NJ

Feb 18, 2017

It's the right thing to do. Simple as that.
1

Report

# Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.

- Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯Impersonation
  Someone is pretending to be me.

> Please explain why you are
> reporting this comment to
> Change.org, and include any
> information that might assist

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Joyce and Peter Runfolo**
Linden, NJ

Feb 18, 2017

I'm signing because our school and church families, faculty, staff and especially our basketball boys endured negative, unwarranted and fabricated publicity for the selfishness of one family. No consideration for the 200+ families that send their children to the school and follow the guidelines, respect the rules, all faculty and practice true school spirit and unity everyday!

eport

## port abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ◯ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯ Misleading or spam
  Comment appears to be spam.
- ◯ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯ Impersonation
  Someone is pretending to be me.

[ ⇕ ]

ase explain why you are
orting this comment to
ange.org, and include any
information that might assist

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or <u>Community Guidelines</u>.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**icy Zimmerman**
**ilworth, NJ**

Feb 18, 2017

...hile I am neither a parent of a St.T's student or parishioner I am extremely involved in our local community. Father Joe, the other priests, the Sisters and the teachers in that school are people I have interacted with over the years in my roles as local school board member, Girl Scout leader and community member. They have always done their best to serve the children and the community, often going above and beyond to help all.

The one-sided reporting in this incident has been disgusting but that is what most Americans have come to expect from our press these days and it is shameful. Just a little bit of actual "investigative reporting" would have put a very different light on this story. I feel for the families of the students in the school who have been subjected to the media circus caused by a family who has mistaken St.T's for Burger King and is looking to have things done "their way" as opposed to what the school could reasonably offer. I stand with St.T's.

5

[Report]

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

[ ◇ ]

Please explain why you are reporting this comment to Change.org, and include any information that might assist

[Submit]

...ported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need

Supporter comments · Archdiocese of Newark Catholic Schools: We Sta...isrepresentation of St. Theresa School in Kenilworth. · Change.org        7/23/17, 11:41 PM

re information.

Thanks for adding your voice.



**Jo Ann Netta**
Roselle Park, NJ

Feb 18, 2017

St Theresa 's is a Private Catholic school. With rules and regulations and need to stand by those rules when you register, that's what made it a great place to school your children

Report

## Report abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.

- Impersonation
  Someone is pretending to be me.

⌄

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Kerri Killen**
El Paso, TX

Feb 18, 2017

As an alumni and daughter of two parents incredibly involved in the parish, STS and St. Theresa church has been a significant part of my life. It's disheartening how the media has skewed this story over the past few months.
5

Report



**port abuse**

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.



```
Please explain why you are
reporting this comment to
Change.org, and include any
information that might assist
```

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Manuela Vagueiro**
Hillside, NJ

18, 2017

I stand with STS! I am a proud parent of an STS graduate. STS took my daughter in after her 2 other catholic schools closed. She made friends, had wonderful and knowledgeable teachers and a Community of wonderful people who volunteer. It is unfair that the media only portrays one side of the story. STS is a wonderful school!!

2

Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ⭘ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ⭘ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ⭘ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ⭘ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ⭘ Misleading or spam
  Comment appears to be spam.
- ⭘ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ⭘ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ⭘ Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need re information.

Thanks for adding your voice.



**Mary Ann Gasper**
Kenilworth, NJ

Feb 18, 2017

I signed because to good name of St. Theresa Parish deserves to be respected. I have been a parishioner of St. Theresa for 48 years. I have received all of my sacraments there, graduated, taught , and sent my children to the school. St. Theresa parish is a family parish who accepts all without judgement. Fr. Joe embraces his parishioners and takes pride in the FAMILY that St. Theresa parish is. We will not be bullied!
4

Report

## Report abuse

ease report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.



ease explain why you are porting this comment to change.org, and include any information that might assist



bmit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



Ed

Feb 18, 2017

My son attended STS until 5th grade and now attends CCD at the parish. We have always found the school and parish welcoming and never discriminating. The news reports I've read about the school and the boys being bullies are full of lies. MY FAMILY AND I STAND WITH STS!

4

Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- Inappropriate multimedia

Violent or sexually graphic images or videos, or unauthorized use of personal images.

- ◯ Misleading or spam
  Comment appears to be spam.
- ◯ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯ Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Denise, Richard, Joseph, Jessica and Nicholas Mirabella**
**Clark, NJ**

Feb 18, 2017

I signed because I went to Catholic school for 12 years and I support the rules and regulations. What's right is simply what is right. What is stated in rules and regulations are clear and need to be followed! If you don't like those rules and regulations there is the door, leave and find another school that fits and meets your needs and requirements.

eport

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○Misleading or spam
  Comment appears to be spam.
- ○Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○Impersonation
  Someone is pretending to be me.

◇

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**jo rivera**
Elizabeth, NJ

Feb 18, 2017

It's never ok to throw a tantrum to get your way and force others to bend to your will. I stand with you StTheresa's.. you were not treated fairly. Shame on that family, they have lost their way.
3

[ Report ]

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

[ ⬍ ]

lease explain why you are
porting this comment to
hange.org, and include any
information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Izaida Rosa Garbanzo**
Kenilworth, NJ

b 18, 2017

WE STAND WITH STS!!
We are parents, alumni, families and parishioners who know, love and appreciate St. Theresa Elementary School, the parish community and what it does for our children and our families. In the 21 years of being part of the School and Chruch We are Always, treated with Repect and Love.
3

Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯ Misleading or spam

Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.



Please explain why you are
reporting this comment to
Change.org, and include any
information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Maria Streko**
Kenilworth, NJ

Feb 18, 2017

I support STS. Remember we as Parents make a choice to send our kids here because it is a good school.
4

eport

## eport abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

[ ⬍ ]

ease explain why you are
porting this comment to
lange.org, and include any
information that might assist

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or <u>Community Guidelines</u>.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



nca Pastore
on, NJ

Feb 17, 2017

m signing because, my daughter from HSS have played against STS, win or lose they always display ortsmanship. It's why I believe in a Catholic education.

Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯ Misleading or spam
  Comment appears to be spam.
- ◯ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯ Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Bonny Hotra**
Union, NJ

Feb 17, 2017

We stand with STS! We have a son at STS and we are so happy with the wonderful teachers and staff.
2

[ Report ]

## :port abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

lease explain why you are
porting this comment to
ange.org, and include any
information that might assist

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Cheryl Kreinberg**
Union, NJ

b 17, 2017

I stand with STS! I have a child in the school and two children that have graduated. I have always loved the school. It is unfair that our school is receiving negative publicity. They are making a mockery out of our school. STS is a good school with good teachers that are knowledgable and caring.
5
[ Report ]

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.

- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

‹ ›

| Please explain why you are reporting this comment to Change.org, and include any information that might assist |

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Bernadine Gilrain**
Kenilworth, NJ

Feb 17, 2017

I run the Easter Egg Hunt for STS (myself and my family) freely give our time to this on Easter morning. Last year when I couldn't use the school copier because school is separate from church; I use went to Staples and had the items copied...
Read more
5
[ Report ]

○

**Report abuse**

se report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ⚪ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ⚪ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ⚪ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ⚪ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ⚪ Misleading or spam
  Comment appears to be spam.
- ⚪ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ⚪ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ⚪ Impersonation
  Someone is pretending to be me.

[ ⌄ ]

Please explain why you are
reporting this comment to
Change.org, and include any
information that might assist

[ Submit ]

ported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Robert Grimaldi**
Kenilworth, NJ

Feb 17, 2017

am signing this for my son and his teammates their character has be questioned their honor dismissed. nt blank the media has chosen to vilify them by broadcast unchecked lies presented as the truths. All they wanted to do

what they signed up to do
PLAY THE GAME
...ey did not seek out the media.
They did not try to advance them self by diminish the worth of any other.
1
Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

Please explain why you are
reporting this comment to
Change.org, and include any
information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

...anks for adding your voice.



**Wanda Grimaldi**
Kenilworth, NJ

Feb 17, 2017

I'm signing this petition because I stand with STS. Our boys did nothing wrong. The boys I call family, we are family. Our school community is being caused harm to. We cannot sacrifice the education of the whole class because of the disruptive behavior of one family. We need to keep instilling the Catholic/Salesian spirit that this disruptive family is apparently trying to destroy.

6

 Report

## Report abuse

ase report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.



~ubmit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**nthia Gailliot**
anford, NJ

Feb 17, 2017

I am a parishioner of St Theresa Church and also a very active Grandmother in school I was. very disappointed that this girl was admitted back to school knowing full well about the court order. The Church and School are very important to me and having us being dragged the level of this foolish family and hearing us spoken of in such a negative way in the media infuriates me . If this family was so angry he needs to move this children to another school they are a time bomb ticking for the next confrontation

4

Report

○

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful

Promotes hate against protected classes, or engages in cyberbullying or harassment.

- Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- Misleading or spam
  Comment appears to be spam.
- Harmful to children
  Exposure of information about a child or child sexual exploitation.
- Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need re information.

nks for adding your voice.



**Ann Ferrari**
Roselle, NJ

17, 2017

Grandson attends this outstanding school. I stand with STS

4

Supporter comments · Archdiocese of Newark Catholic Schools: We Sta...isrepresentation of St. Theresa School in Kenilworth. · Change.org        7/23/17, 11:41 PM



.eport

# Report abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○Misleading or spam
  Comment appears to be spam.
- ○Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○Impersonation
  Someone is pretending to be me.

Please explain why you are
reporting this comment to
Change.org, and include any
information that might assist

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or <u>Community Guidelines</u>.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Amy Reithel**
**Kenilworth, NJ**

Feb 17, 2017

My son was a student at STS and we loved it! This family has even sued the town of kenilworth in the past.. what is being done to the school is unfair
4

Report

⌐port abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯Misleading or spam
  Comment appears to be spam.
- ◯Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯Impersonation
  Someone is pretending to be me.

ase explain why you are
orting this comment to
ange.org, and include any
information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Patricia Landau**
Dallas, PA

Feb 17, 2017

St Theresa's did nothing wrong. This family was only looking for publicity. They could afford to go to another school that had a girls team.
4

Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯ Abusive or hateful

Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○Misleading or spam
  Comment appears to be spam.
- ○Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

[Submit]

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Natalie Wood**
**Roselle Park, NJ**

Feb 17, 2017

As a parishoner and someone who has had family and friends go through this school system, I am deeply saddened and disgusted by how this school has been portrayed and treated by the media.
...
Read more

[port]

## port abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

[ ◇ ]

ase explain why you are
orting this comment to
inge.org, and include any
information that might assist

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or <u>Community Guidelines</u>.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Joseph Kratzer,Jr**
Kenilworth, NJ

Feb 17, 2017

I believe that St Theresa's is being treated unfairly in this lawsuit.
3

[ Report ]

## port abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯Misleading or spam
  Comment appears to be spam.
- ◯Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯Impersonation
  Someone is pretending to be me.

Supporter comments · Archdiocese of Newark Catholic Schools: We Sta...isrepresentation of St. Theresa School in Kenilworth. · Change.org          7/23/17, 11:41 PM

ease explain why you are
porting this comment to
ange.org, and include any
information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



Linda koski
Kenilworth, NJ

Feb 17, 2017

I stand with STS and their policies.
4

Report

○

# Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.

- ○Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○Misleading or spam
  Comment appears to be spam.
- ○Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○Impersonation
  Someone is pretending to be me.

Please explain why you are
reporting this comment to
Change.org, and include any
information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

...anks for adding your voice.



**Michelle Cernadas**
Union, NJ

Feb 17, 2017

...son currently attends STS and I plan on enrolling my daughter as well. My husband, and his sisters, are ...STS graduates. I have had nothing but wonderful experiences there, and I reject the notion that they did not give this family alternatives. The family was not obligated to stay there if they didn't like the programs

ing offered.

Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○Misleading or spam
  Comment appears to be spam.
- ○Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○Impersonation
  Someone is pretending to be me.



Please explain why you are reporting this comment to Change.org, and include any information that might assist.

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Matt Popola**
Newark, NJ

Feb 17, 2017

I stand with STS!
4

Report

port abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯ Misleading or spam
  Comment appears to be spam.
- ◯ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯ Impersonation
  Someone is pretending to be me.

ease explain why you are
orting this comment to
ange.org, and include any
ormation that might assist

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Laurie Grimes**
Woodbridge, NJ

Feb 17, 2017

This school is wonderful always has been ... Its disgusting what is being done to tarnish a living caring environment that is welcoming to everyone
4

[ Report ]

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful

Promotes hate against protected classes, or engages in cyberbullying or harassment.

- ◯ Inappropriate multimedia
Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯ Misleading or spam
Comment appears to be spam.
- ◯ Harmful to children
Exposure of information about a child or child sexual exploitation.
- ◯ Violence, suicide, or self harm
Threatens or encourages violence or harm to oneself or others.
- ◯ Impersonation
Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

nk you for taking the time to report content. Our team will review your claim and contact you if we need re information.

Thanks for adding your voice.



**Gerri Colon**
**Kenilworth, NJ**

Feb 17, 2017

STS is a wonderful institution that has wonderful teachers and staff and fantastic families. This has not been fair to any of them!

4

port

**Report abuse**

...ease report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ⃝ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ⃝ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ⃝ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ⃝ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ⃝ Misleading or spam
  Comment appears to be spam.
- ⃝ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ⃝ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ⃝ Impersonation
  Someone is pretending to be me.

Please explain why you are
reporting this comment to
ange.org, and include any
ormation that might assist

ibmit

Reported comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or <u>Community Guidelines</u>.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**nes Pavlik**
**lside, NJ**

Feb 17, 2017

I am an alumni of the school and I care about the future of the school

4

[ Report ]

## Report abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

[ ＊ ]

[Please explain why you are
reporting this comment to
Change.org, and include any
information that might assist]

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or <u>Community Guidelines</u>.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need
e information.

nks for adding your voice.



**rosanelly montalvo**
Roselle Park, NJ

Feb 17, 2017

We stand with STS because it is an honor and a privilege to be a part of this family. STS is a home away from home for my girls, it is where they spend their days learning and being nurtured by amazing teachers.
3

Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯ Misleading or spam
  Comment appears to be spam.
- ◯ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯ Impersonation
  Someone is pretending to be me.

Please explain why you are
...orting this comment to
...ange.org, and include any
...ormation that might assist...

Submit

Case 2:18-cv-12207-MCA-LDW   Document 17-9   Filed 09/04/18   Page 81 of 96 PageID: 371

Supporter comments · Archdiocese of Newark Catholic Schools: We Sta...Isrepresentation of St. Theresa School in Kenilworth. · Change.org          7/23/17, 11:41 PM

}·  orted comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or
{      munity <u>Guidelines</u>.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Rosemary Rubsam**
**Branford, CT**

Feb 17, 2017

Focus on lessons, not basketball. There are plenty of teams in the community to join.
4
Report

}  port abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ◯I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯Misleading or spam
  Comment appears to be spam.
- ◯Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯Impersonation
  Someone is pretending to be me.

Supporter comments · Archdiocese of Newark Catholic Schools: We Sta...Isrepresentation of St. Theresa School in Kenilworth. · Change.org        7/23/17, 11:41 PM

ase explain why you are
orting this comment to
ange.org, and include any
Information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Victoria Devlin**
Kenilworth, NJ

Feb 17, 2017

ST Theresa's Parish is a very inclusive parish . Fr. Joe and those that donate their time, talents and treasure go out of their way to be friendly and fair to all. The Parish encourage family and friendship and community and compassion for those in need.

7

Report



## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.

- ◯Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯Misleading or spam
  Comment appears to be spam.
- ◯Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯Impersonation
  Someone is pretending to be me.



Please explain why you are
reporting this comment to
Change.org, and include any
information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

ank you for taking the time to report content. Our team will review your claim and contact you if we need re information.

Thanks for adding your voice.



Eileen Kelly-O'brien
Kenilworth, NJ

Feb 17, 2017

♥
4

Report

**Report abuse**



...ase report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or <u>Community Guidelines</u>.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



Supporter comments · Archdiocese of Newark Catholic Schools: We Sta...Isrepresentation of St. Theresa School in Kenilworth. · Change.org          7/23/17, 11:41 PM

**lia Sousa**
**hilworth, NJ**

Feb 17, 2017

I stand with at St Teresa's!!
4

Report

# Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need e information.

Thanks for adding your voice.



**Matthew Pavlik**
Hillside, NJ

Feb 17, 2017

I'm signing because I am a concerned alumni with sisters who still attend the school.
4

[ Report ]

◯

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯ Misleading or spam
  Comment appears to be spam.
- ◯ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯ Impersonation
  Someone is pretending to be me.

[ ◆ ]

Please explain why you are reporting this comment to Change.org, and include any information that might assist

[ bmit ]

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or

Supporter comments · Archdiocese of Newark Catholic Schools: We Sta...isrepresentation of St. Theresa School in Kenilworth. · Change.org          7/23/17, 11:41 PM

mmunity Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**kathleen spoonauer**
**kenilworth, NJ**

Feb 17, 2017

Catholic school is for an education, not a sporting experience
6

Report

# Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- Misleading or spam
  Comment appears to be spam.
- Harmful to children
  Exposure of information about a child or child sexual exploitation.
- Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- Impersonation
  Someone is pretending to be me.

ease explain why you are
porting this comment to
Change.org, and include any
information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Yancy Munoz**
Somerset, NJ

b 17, 2017

I am signing and supporting St Theresa's for this nonsense must stop! What are you teaching their children? This family are liars and bullies! My family has received an excellent education from St Theresa's school. Stop this nonsense!!!!
4

Report

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.

- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

[Submit]

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Heather St. John**
Kenilworth, NJ

Feb 17, 2017

I stand with STS. My little cousins attend STS now and other relatives are graduates of STS. I have been there for school plays and tricky trays and have felt nothing but love from all of the teachers and staff. The lying about this school and giving the wrong people the attention they are craving needs to stop. STS is absolutely wonderful.

[Report]

Supporter comments · Archdiocese of Newark Catholic Schools: We Sta...Isrepresentation of St. Theresa School in Kenilworth. · Change.org

7/23/17, 11:41 PM

## port abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

[ ⌄ ]

| ...ase explain why you are
| ...orting this comment to
| ...ange.org, and include any
| information that might assist |

[ Submit ]

Reported comments are reviewed by Change.org staff to determine if they violate our <u>Terms of Service</u> or <u>Community Guidelines</u>.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Theresa Adubato**
Cranford, NJ

Feb 17, 2017

Because the whole story was not told. And the Archbishop and the Archdiocese allow the school to be
BULLIED by this family. As an alumni and a parishioner for 54 years, I am totally discussed with the way
this whole thing was handle by the Archdiocese of Newark.
7

 Report

## Report abuse

Please report any content that may violate Change.org's <u>Terms of Service</u> or <u>Community Guidelines</u>.

- ○I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○Misleading or spam
  Comment appears to be spam.
- ○Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○Impersonation
  Someone is pretending to be me.



...ase explain why you are
...porting this comment to
Change.org, and include any
information that might assist...

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Maria Harris**
Cranford, NJ

Feb 17, 2017

Parishioner, and parent of two STS graduates
7
Report



## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.

Supporter comments · Archdiocese of Newark Catholic Schools: We Sta...isrepresentation of St. Theresa School in Kenilworth. · Change.org          7/23/17, 11:41 PM

- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

⌄

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

nk you for taking the time to report content. Our team will review your claim and contact you if we need e information.

Thanks for adding your voice.



**Heather Ingerson**
Kenilworth, NJ

Feb 17, 2017

Parishioner and parent of an STS graduate.
4

Report

**Report abuse**

ase report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○ Misleading or spam
  Comment appears to be spam.
- ○ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○ Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any rmation that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Jeannie Pavlik**
Hillside, NJ

17, 2017

Our school is far from what it is being portrayed as in the media. We are a strong community, a family. Our

ool is filled with love, morals and values, and we are proud to be a part of STS.

eport

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ○I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ○Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ○Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ○Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ○Misleading or spam
  Comment appears to be spam.
- ○Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ○Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ○Impersonation
  Someone is pretending to be me.

Please explain why you are reporting this comment to Change.org, and include any information that might assist

Submit

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or Community Guidelines.

Thank you for taking the time to report content. Our team will review your claim and contact you if we need more information.

Thanks for adding your voice.



**Kelly Donovan**
Kenilworth, NJ

Feb 17, 2017

I stand with STS! Stop the lies being spread.
4

[ Report ]

◯

## Report abuse

Please report any content that may violate Change.org's Terms of Service or Community Guidelines.

- ◯ I don't like this comment
  You disagree or think the content is inappropriate or offensive.
- ◯ Infringes on my rights
  Defamation, libel, copyright or trademark violations, or exposure of personal information.
- ◯ Abusive or hateful
  Promotes hate against protected classes, or engages in cyberbullying or harassment.
- ◯ Inappropriate multimedia
  Violent or sexually graphic images or videos, or unauthorized use of personal images.
- ◯ Misleading or spam
  Comment appears to be spam.
- ◯ Harmful to children
  Exposure of information about a child or child sexual exploitation.
- ◯ Violence, suicide, or self harm
  Threatens or encourages violence or harm to oneself or others.
- ◯ Impersonation
  Someone is pretending to be me.

[ ◇ ]

Please explain why you are
reporting this comment to
Change.org, and include any
information that might assist

[ bmit ]

Reported comments are reviewed by Change.org staff to determine if they violate our Terms of Service or