# EXHIBIT H

# CERTIFICATE OF INCORPORATION

OF

..... St. Theresa's R. C. Church, Kenilworth, N. J. ...................

NEW JERSEY,
.. Union ........... COUNTY,  } ss.

WHEREAS, in pursuance of the provisions of Title 16, Chapter 15; Sections 16:15-1 to and including Section 16:15-8 of the Revised Statutes of New Jersey, 1937, effective December 20, 1937, and the amendments of and supplements thereto, The Most Reverend Arch Bishop Thomas J. Walsh ........... Bishop of the Roman Catholic Diocese of Newark, the Right Reverend Vicar-General .. John C. McClary ............. of said Diocese, and the Reverend .. William B. Donnelly ................. the Pastor of the Roman Catholic .. Church ............ now known as St. Theresa's R. C. Church, Kenilworth, N. J. in the Borough ............. of ... Kenilworth ................. in said County, have elected ... John Graf .................... and .. David F. Higgins ................ two lay members of said .... Church .................. for the purpose of incorporating said .. Church ........................

Now THEREFORE, we, The said .. Thomas J. Walsh ........ Arch Bishop as aforesaid, ... John C. McClary ............. Vicar-General as aforesaid, William B. Donnelly Pastor as aforesaid, and .. John Graf ................ and .. David F. Higgins ....... the lay members elected as aforesaid, do further, in pursuance of the provisions of Title 16, Chapter 15; Sections 16:15-1 to and including Section 16:15-8 of the Revised Statutes of New Jersey, 1937, effective December 20, 1937 sign this Certificate for the purpose aforesaid and we do hereby certify that the name by which we and our successors shall be known and distinguished as a corporation is St. Theresa's R. C. Church, Kenilworth, N. J.

WITNESS our hands, this ... 9th ............. day of ... July .......... in the year of Our Lord One Thousand Nine Hundred and .. Forty-five. .....

*[Signature]* LS
Arch Bishop of the Roman Catholic Diocese of Newark

*[Signature]* LS
Vicar-General of the Roman Catholic Diocese of Newark.

*[Signature: Wm B. Donnelly]* LS
Pastor

*[Signature: John Graf]* LS
Lay Trustee

*[Signature: David F. Higgins]* LS
Lay Trustee

RECEIVED in the Clerk's Office of the County of Union, N.J., on the [date] A.D. 19[..] at [..] o'clock in the [..] noon, and recorded in Book [..] of INCORPORATIONS for said County on page [..]

HENRY G. NULTON, Clerk



STS_00384

# STATE OF NEW JERSEY

## COUNTY OF UNION

UNION COUNTY, SS.:

I, HENRY G. NULTON, Clerk of the County of Union, aforesaid, and also Clerk of the Circuit Court and Court of Common Pleas, holden therein,

DO HEREBY CERTIFY, That the foregoing is a true and correct copy of a................................

.........................certain Certificate of Incorporation.....................
of
.....................,"ST. THERESA'S R. C. CHURCH, KENILWORTH, N.J."...........

as the same is taken from and compared with the original ......on file as of....................

....July 17th, 1945............in my office,

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Courts and County, at Elizabeth, this

..........17th..........day of..........July..........19 45.

*Henry G. Nulton*
Clerk.

STS_00385