# EXHIBIT I



# ARCHDIOCESE of NEWARK

HOME   EVENTS   FIND A PARISH   FIND A SCHOOL   DONATE

ABOUT US   OFFICES & MINISTRIES   WORSHIP & PARISH LIFE   EDUCATING IN FAITH   OUTREACH & GIVING   SHARIN

# Statement Concerning Matters at St. Theresa School, Kenilworth

February 2, 2017

*The following is a statement from James Goodness, Vice Chancellor and Director of Communications for the Archdiocese of Newark.*

Parents and guardians of every student at St. Theresa School receive a Parent and Student Handbook at the beginning of each school year. The Handbook specifically states:

"If a parent implicates St. Theresa School in a legal matter, or names St. Theresa School as a defendant in a civil matter, the parent/guardian will be requested to remove their children immediately from the school."

Mr. Phillips agreed in writing to the terms of the Handbook on August 30, 2016.

©2018 Archdiocese of Newark | 171 Clifton Avenue | Newark, NJ 07104 | (973) 497-4000