# EXHIBIT J



**ARCHDIOCESE of NEWARK**

HOME    EVENTS    FIND A PARISH    FIND A SCHOOL    DONATE

ABOUT US    OFFICES & MINISTRIES    WORSHIP & PARISH LIFE    EDUCATING IN FAITH    OUTREACH & GIVING    SHARIN

# Statement Concerning Recent Developments in Phillips et al. vs. Archdiocese of Newark et al.

March 22, 2017

*The following is a statement from James Goodness, Vice Chancellor and Director of Communications for the Archdiocese of Newark.*

The plaintiffs in the pending lawsuit against the Archdiocese and St. Theresa's Church in Kenilworth have filed a motion asking the court to permit them to add new claims and parties to the case. They are seeking to sue several Church and Archdiocesan employees, including St. Theresa's Pastor, for actions performed in their official capacities. They also seek to add defamation claims against over eighty (80) individuals, including many current and former St. Theresa's parents and parishioners, for comments posted online about this matter. Many of these comments were posted in an online petition that was neither authorized nor endorsed by St. Theresa's or the Archdiocese.

The Archdiocese and St. Theresa's will continue to defend themselves against this baseless lawsuit. Further, they will urge the court not to permit the addition of many of St. Theresa's valued parents and

parishioners as defendants.

### Stay Connected

Contact Us
New Jersey Catholic
The Catholic Advocate
Events

### Quick Links

Annual Appeal
We Are Living Stones
Directory & Almanac
Daily Readings
Mass Times

### Human Resources

Employment
Protecting God's Children
Report Abuse

©2018 Archdiocese of Newark | 171 Clifton Avenue | Newark, NJ 07104 | (973) 497-4000