Christopher H. Westrick, Esq. (043721997)
Brian H. Fenlon, Esq. (035071987)
John V. Kelly, III, Esq. (910812012)
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
Attorneys for Defendants
Roman Catholic Archdiocese of Newark
(i.p.a. "Archdiocese of Newark"),
St. Theresa's R.C. Church (i.p.a.
"St. Theresa School"), Joseph W. Cardinal
Tobin (i.p.a. "Cardinal Joseph Tobin"),
Rev. Msgr. Thomas P. Nydegger, V.G.
(i.p.a. "Msgr. Nydegger"), Dr. Margaret Dames,
James Goodness, Father Joseph Bejgrowicz,
Deacon Joseph Caporaso (i.p.a. "Joseph Caporoso"),
Sister Helene Godin, Richard Donovan, and Anh Bui

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SCOTT PHILLIPS, AS GUARDIAN AD LITEM, ON BEHALF OF S.P., B.P. and K.P. and SCOTT PHILLIPS, | : | Civil Action No. 2:18-cv-12207 (MCA) (LDW) |
| | : | |
| Plaintiff, | : | |
| | : | **THE CHURCH DEFENDANTS'** |
| v. | : | **NOTICE OF MOTION FOR PARTIAL** |
| | | **SUMMARY JUDGMENT DISMISSING** |
| ARCHDIOCESE OF NEWARK, ST. THERESA SCHOOL, ST. THERESA | : | **COUNT ONE OF PLAINTIFF'S** |
| CHURCH, CARDINAL JOSEPH TOBIN, | : | **COMPLAINT PURSUANT TO FED. R.** |
| MSGR. NYDEGGER, MARGARET | | **CIV. P. 56 AND L. CIV. R. 56.1** |
| DAMES, JOHN DOES 1-100, JOHN DOE | : | |
| CORPORATIONS 1-5, JOSEPH | | |
| BEJGROWICZ, JOSEPH CAPOROSO, | : | **Motion Hearing Date: March 16, 2020** |
| HELENE GODIN, SR. JULIETT PEREZ, | | |
| RICHARD DONOVAN, ANH BUI, JAMES | : | |
| GOODNESS, ROBERT GRIMALDI, | | **Oral Argument Requested** |
| WANDA GRIMALDI, MATT POPOLA, | : | |
| LINDA KOSKI, MAKAYLA KOSKI, | | |
| MARY FERRIS, AMBER PROTZ | : | |
| SIERANT, CHERYL KREINBERG, | | |

JONATHON KREINBERG, PETER             :
RUNFOLO, JOYCE RUNFOLO, RICH
HARRINGTON, KELLY DONOVAN,            :
JEANNIE PAVLIK, MATTHEW PAVLIK,
JAMES PAVLIK, MARYANN GASPER,         :
THERESA ADUBATO, HEATHER
INGERSON, MARIA HARRIS, HEATHER       :
ST JOHN, YANCY MUNOZ, KATHLEEN
SPOONAUER, CELIA SOUSA, EILEEN        :
KELLY-O'BRIEN, VICTORIA DEVLIN,
ROSEMARY RUBSAM, ROSANELLY            :
MONTALVO, GERRI COLON, LAURIE
GRIMES, MICHELLE CERNADAS,            :
JOSEPH KRATZER JR., NATALIE
WOOD, PATRICIA LANDAU, AMY            :
REITHEL, ANN FERRARI, CYNTHIA
GAILLIOT, BERADINE GILRAIN,           :
BONNY HOTRA, BLANCA PASTORE,
IZAIDA ROSA GARBANZO, JO RIVERA,      :
DENISE, RICHARD, JOSEPH, JESSICA,
NICHOLAS MIRABELLA, JOCELYN           :
EDRALIN, MANUEL VAGUEIRO, KERRI
KILLEN, JO ANN NETTA, NANCY           :
ZIMMERMAN, MARIA STREKO, ROCIO
CORVALAN, CHRISTINA RESTUCCIA,        :
MICHAEL DEVLIN, GUILLERMO
MUNOZ, DEBORAH GIVENS/MATE,           :
KAREN ZIMMERMAN, JIM HANNON,
ALICE SCALA, EMILY VIDAL, MARY        :
GAINES, SUSAN GIORDINO,
ROSEANNE SCHUR, ANGELA                :
LOMBARDI, ROGER SCHUR, MICHAEL
MONTALVO, JEFF FERRARI, WILLIAM       :
GORSKI, ROGER STRYESKI, THOMAS
BRACKEN, FRED SOOS, SUSAN             :
DOUGHERTY, MICHELE MILLER, ANN
MORTIMER, TRISH RICKEN                :
PLUMMER, ANDREA ZAGORSKI
SCHUSTER, MARIA BUI, AMY ROSE,        :
KELLY ANN HARRIS, PATRICIA RIMILI
BLICHARZ, "BCSH9094", "STDA" AND      :
"BEEZLEBROX",

                                      :

        Defendants.                   :

2

**TO:**   Susan B. McCrea, Esq.
LAW OFFICES OF SUSAN B. MCCREA
24 Prospect Street
West Field, New Jersey 07080
Attorneys for Plaintiffs

**PLEASE TAKE NOTICE** that on Monday, March 16, 2020, at 10:00 in the forenoon or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Roman Catholic Archdiocese of Newark (i.p.a. "Archdiocese of Newark"), St. Theresa's R.C. Church (i.p.a. "St. Theresa School"), Joseph W. Cardinal Tobin (i.p.a. "Cardinal Joseph Tobin"), Rev. Msgr. Thomas P. Nydegger, V.G. (i.p.a. "Msgr. Nydegger"), Dr. Margaret Dames, James Goodness, Father Joseph Bejgrowicz, Deacon Joseph Caporaso (i.p.a. "Joseph Caporoso"), Sister Helene Godin, Richard Donovan, and Anh Bui (collectively, the "Church Defendants") shall move before the Hon. Madeline Cox Arleo, U.S.D.J., at the Martin Luther King, Jr. Federal Building & U. S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order: (a) Dismissing with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) and 56 (a-f) and L. Civ. R. 56.1(a) that portion of Count One of the Complaint filed by Plaintiff Scott Phillips, as guardian ad litem on behalf of S.P., B.P. and K.P. (as to any claim therein raised under the Title IX, 20 U.S.C. § 1681-83) ("Title IX"), for failure to state a claim upon which relief may be granted; (b) granting partial summary judgment dismissing the federal Title IX claim allegedly raised in Count One of the Complaint pursuant to Fed. R. Civ. P. 56 (a-f) and L. Civ. R. 56.1(a); and (c) Granting such other and further relief as the Court deems equitable, just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion, the Church Defendants shall rely upon their Supporting Brief and the Supporting Declaration of Brian H. Fenlon.

3

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is annexed hereto.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
Attorneys for Defendants
Roman Catholic Archdiocese of Newark (i.p.a.
"Archdiocese of Newark"), St. Theresa's R.C.
Church (i.p.a. "St. Theresa School"), Joseph W.
Cardinal Tobin (i.p.a. "Cardinal Joseph Tobin"), Rev.
Msgr. Thomas P. Nydegger, V.G. ("i.p.a. Msgr.
Nydegger"), Dr. Margaret Dames, James Goodness,
Father Joseph Bejgrowicz, Deacon Joseph Caporaso
(i.p.a. "Joseph Caporoso"), Sister Helene Godin,
Richard Donovan, and Anh Bui


By:___/s/ Christopher H. Westrick_____
        CHRISTOPHER H. WESTRICK

Dated:  February 21, 2020



#689202v1

4